UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 15, 2009

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| ANDREW WARREN, | : | |
| | : | VIOLATIONS: |
| Defendant. | : | 18 U.S.C. § 2242(2) and § 7(9) |
| | : | (Sexual Abuse in the Special Maritime |
| | : | and Territorial Jurisdiction of the United |
| | : | States) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about February 17, 2008, in the Peoples Democratic Republic of Algeria in the special maritime and territorial jurisdiction of the United States, and pursuant to Title 18, United States Code Section 3238, within the venue of the United States District Court for the District of Columbia, the defendant **ANDREW WARREN**, a national of the United States, knowingly engaged, and attempted to engage, in a sexual act as defined in Title 18 United Stated Code Section 2246(2)(A) that is, contact between the defendant, **ANDREW WARREN's** penis and the vulva of a person

whose identity is known to the Grand Jury, when said person was incapable of appraising the nature of the conduct and was physically incapable of declining participation in, and communicating unwillingness to engage in, said sexual act.

      (**Sexual Abuse in the Special Maritime and Territorial Jurisdiction of the United States,** in violation of Title 18, United States Code, Section 2242(2) and Title 18, United States Code, Section 7(9))

                                     A TRUE BILL

                                       FOREPERSON

Attorney of the United States in
and for the District of Columbia