UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. CR-09-158 |
| v. | : | GRAND JURY ORIGINAL |
| ANDREW WARREN,<br>      Defendant. | : | (Under Seal) |

**FILED**
JUN 18 2009
Clerk, U.S. District and
Bankruptcy Courts

### ORDER

This matter is before the Court on the Government's Motion to Seal, which the Court will grant, pursuant to Fed.R.Crim.P 6(e)(4), after making the following findings of fact:

### FINDINGS OF FACT

(1). The public docketing at this time of any notice that the government has filed a Motion to seal, as well as the Order granting such motion likely will jeopardize an expeditious voluntary surrender.

2. Based on the representations in the government's Motion to Seal, this court also finds that there is a compelling governmental interest in sealing the Indictment in this case and that there exists a situation that justifies a delay in the public docketing of any notice that the government's Motion to Seal and this Order have been filed with the Criminal Clerk's office under seal. See Washington Post v. Robinson, 935 F.2d 282, 289 n. 10 (D.C. Cir. 1991).

Based on the foregoing findings of fact, it is by the Court this 18 day of June 2009

ORDERED that the Motion To Seal be, and the same hereby is, GRANTED; and it is further

ORDERED that the Clerk of the Court shall file and maintain under seal the indictment in this case, the Government's Motion to Seal, and this Order until further order of the Court; and it

is further

ORDERED that government counsel may contact 1. defendant's counsel to inform him of the fact of the indictment in order to facilitate a voluntary surrender by the defendant; 2. State Department officials for national security reasons; and 3. the victim who is identified in the indictment as "a person whose identity is known to the grand jury";   and it is further

ORDERED that the Clerk of the Court shall not enter on to the public docket in this case any notice of the filing of the Indictment, the government's Motion to Seal and this Order, until further order of this Court.

UNITED STATES MAGISTRATE JUDGE

cc:
Julieanne Himelstein
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 5148203