# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: CR-09-158 | MAGIS. NO: |
|---|---|---|
| V. <br> ~~SEALED~~ ANDREW WARREN <br> UNSEALED | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br> ANDREW WARREN <br> FILED <br> JUN 30 2009 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT ||
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST ||
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY ||

| YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below. |
|---|
| **DESCRIPTION OF CHARGES** |
| SEXUAL ABUSE IN THE SPECIAL MARITIME AND TERRITORIAL JURISDICTION OF THE UNITED STATES |

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: <br> 18 :2242(2) and 7(9) |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY: <br> MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) <br> MAGISTRATE JUDGE JOHN M. FACCIOLA | DATE ISSUED: <br> 6/18/09 |
|---|---|---|
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: <br> 6/18/09 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 06-30-2009 | NAME AND TITLE OF ARRESTING OFFICER <br> PETE ROUSE | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 06-30-2009 ||| 
| HIDTA CASE: Yes __ No X || OCDETF CASE: Yes __ No X |