NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                    Criminal Number  CR-09-158

ANDREW WARREN
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Brian W. Shaughnessy, 089946
(Attorney & Bar ID Number)

Shaughnessy, Volzer, & Gagner, PC
(Firm Name)

913 M Street, NW, Suite 101
(Street Address)

Washington, DC 20001
(City)        (State)        (Zip)

202-842-1700
(Telephone Number)