UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 09-158 (ESH) |
| : | |
| ANDREW WARREN : | |
| : | |
| **Defendant.** : | |
| : | |

**ORDER**

Based upon the government's motion for the Court to enter an order *nunc pro tunc* excluding certain time periods from the seventy-day period within which trial must begin under Speedy Trial Act, codified at 18 U.S.C. § 3161, and to set a trial date in the above-captioned case, and any oppositions thereto, the Court finds that the ends of justice would be served by excluding from the Speedy Trial Act calculation the time period from and including June 30, 2009 through and including July 29, 2009, and the time period including August 4, 2009 through and including August 11, 2009. The Court finds that during the period between June 30, 2009 and July 29, 2009, defendant's counsel was not available for that hearing, and during the time period between August 4, 2009 and August 11, 2009 the parties have an opportunity to negotiate a disposition in this case. The failure to set the original status hearing 30 days away from the time of arrest would have unreasonably denied counsel for the defendant the ability to be present at the hearing, taking into account the exercise of due diligence. For these reasons, the exclusion of those days outweighed the interests of the public and the defendant in a speedy trial.

**WHEREFORE**, for the reasons set forth in the government's motion, it is this

_____ day of _____, 2009, hereby,

5

**ORDERED,** that the time period from and including June 30, 2009 through and including July 29, 2009 and the time period between August 4, 2009 and August 11, 2009, is hereby tolled and excluded from the seventy-day time calculation under the Speedy Trial Act, and it is further

**ORDERED**, that the trial in this case shall be held on _____ ____, 200___.

_____
ELLEN S. HUVELLE
United States District Judge