UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case Number 09-158 (ESH) |
| | : | |
| ANDREW WARREN | : | |
|     Defendant | : | |

**GOVERNMENT'S MOTION TO BE HEARD BEFORE THE ISSUANCE OF
LETTERS ROGATORY**

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this motion for the government to be heard before the issuance of any letters rogatory that may be requested by the defense in this matter. In support of this motion, the government states as follows:

    1.    The defendant is charged with sexual abuse in the special maritime and territorial jurisdiction of the United States, in violation of Title 18, United States Code, Sections 2242(2) and 7(9).

    2.    In a status hearing on July 29, 2009, the defense asserted that they may file a request for the Court to issue letters rogatory in this matter. In addressing the Court, the defense did not specify the foreign country, the content of information sought, or the relevance of any information from a foreign country to the single charge in the instant indictment.

    3.    Accordingly, the government respectfully requests that the Court provide the government with an opportunity to be heard regarding the relevancy of any information the defense ultimately seeks in any potential defense request for letters rogatory, so that the relevance – if any

– of the requested information, the merit of the request and validity of any resulting delay is fully developed for the benefit of the Court. While the defendant certainly has a right to request relevant information in preparation of a defense, the issuance of letters rogatory will substantially delay the proceedings in this matter, and thereby prejudice the government's ability to prosecute this case and the public's interest in a speed trial. Thus, the government seeks to insure that it be heard on any such defense request.

4. Further, the defense has been notified, under seal, of the identity of the victim. (described as Person A in the indictment filed in this matter). The government respectfully requests that the name of Person A not be made public or provided to any foreign government, for the reasons previously set forth in the government's motion to seal.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

BY: \_\_\_\_\_/s/_____
JULIEANNE HIMELSTEIN
Assistant United States Attorney

\_\_\_\_\_/s/_____
CHRISTINE DUEY
Trial Attorney
Domestic Security Section