UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case Number CR-09-158 (ESH)** |
| | : | |
| **ANDREW WARREN,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

**DEFENDANT ANDREW WARREN'S RESPONSE TO GOVERNMENT MOTION TO BE HEARD BEFORE THE ISSUANCE OF LETTERS ROGATORY**

COMES NOW defendant Andrew Warren ("Mr. Warren"), by and through his undersigned counsel, and respectfully files this Response to Government Motion to be heard Before the Issuance of Letters Rogatory ("Response"). In furtherance of his Response, Mr. Warren respectfully states as follows:

1. The United States of America (the "Government") filed its Motion to be Heard Before the Issuance of Letters Rogatory ("Government's Motion") on or about August 12, 2009. According to the Government's Motion, it seeks to "be heard regarding the relevancy of any information the defense ultimately seeks in any potential defense request for letters rogatory." *Government's Motion* at ¶3.

2. Mr. Warren's understanding is that any request for the issuance of one or more letter(s) rogatory will naturally go to the Court for approval, and that the Government will be heard before any such approval. Had the Government contacted the undersigned to discuss the issue, the undersigned would have agreed to that course of action and obviated the need for motion practice.

WHEREFORE, Defendant Andrew Warren respectfully stipulates that the Government shall be given an opportunity to be heard before the issuance of any letters rogatory, and further requests that this Court direct the Government to contact Mr. Warren's counsel in an attempt to resolve matters such as these amicably before resorting to motion practice.

Dated: August 21, 2009
      Coral Gables, Florida

                          Respectfully submitted,

                           /s/ Mark David Hunter
                          Mark David Hunter, Esquire
                          DC Bar No. 974569
                          Leser Hunter Taubman & Taubman, PLLC
                          255 University Drive
                          Coral Gables, Florida 33134
                          Tel:  (305) 629-8816
                          Fax: (305) 629-8877
                          E-Mail: mdhunter@lhttlaw.com

                          Counsel for Defendant Andrew Warren