**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| | **:** | |
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal Case Number CR-09-158 (ESH)** |
| | **:** | |
| **ANDREW WARREN,** | **:** | |
| | **:** | |
| **Defendant** | **:** | |
| | **:** | |

**DEFENDANT ANDREW WARREN'S RESPONSE TO UNITED STATES' MOTION
REQUESTING ORDER *NUNC PRO TUNC* TO EXCLUDE 38 DAYS
FROM SPEEDY TRIAL ACT CALCULATION AND TO SET TRIAL DATE**

**COMES NOW** defendant Andrew Warren ("Mr. Warren"), by and through his undersigned counsel, and respectfully files this Response to United States' Motion Requesting Order *NUNC PRO TUNC* to Exclude 38 Days from Speedy Trial Act Calculation and to Set Trial Date ("Response").  In furtherance of his Response, Mr. Warren respectfully states as follows:

1.      The United States of America (the "Government") filed its Motion Requesting Order *NUNC PRO TUNC* to Exclude 38 Days from Speedy Trial Act Calculation and to Set Trial Date ("Government's Motion") on or about August 11, 2009.  According to the Government's Motion, it seeks to exclude the time periods from June 30, 2009 to July 29, 2009 and August 4, 2009 to August 11, 2009 from the Speedy Trial Act calculation in this matter.  *See Government's Motion* at ¶3.  The Government filed the Government's Motion without contacting any counsel for Mr. Warren to attempt to reach an agreement regarding the issue.

2.      As the Government is well aware, the undersigned indicated on the record at the July 29, 2009 Status Conference on this matter that Mr. Warren intended to temporarily waive his right to a speedy trial under the Speedy Trial Act in order to allow complete discovery.  On or about August 12, 2009, Mr. Warren filed his Waiver of Right to Speedy Trial with this Court, and requested a new commencement date of August 31, 2010.

3.      The Government's Motion also requests that the Court set this matter for trial "on or before October 7, 2009." *See Government's Motion* at ¶6.  During the July 29, 2009 Status Conference on this matter, the undersigned discussed with the Court the depth of discovery anticipated in this case.  The undersigned discussed the need to interview numerous witnesses abroad, as well as the potential need for the issuance of letters rogatory.  The Court scheduled another Status Conference for September 2, 2009, to further discuss the progress of discovery.  In light of these issues, the Government's request for a trial date "on or before October 7, 2009," is an obvious attempt by the Government to eliminate Mr. Warren's ability to conduct full discovery before trial.  Mr. Warren should be allowed to conduct complete discovery in order to defeat the Government's false allegations covered in the Indictment in this matter.

**WHEREFORE**, Defendant Andrew Warren respectfully: (1) stipulates that the requested time periods be excluded from the Speedy Trial Act calculation in this matter; and (2) requests that the Court deny the Government's request for a trial date on or before October 7, 2009, and set a court date after Mr. Warren's requested new commencement date of August 31, 2010.

Dated: August 21, 2009
        Coral Gables, Florida

Respectfully submitted,

 _/s/ Mark David Hunter_____
Mark David Hunter, Esquire
DC Bar No. 974569
Leser Hunter Taubman & Taubman, PLLC
255 University Drive
Coral Gables, Florida 33134
Tel:  (305) 629-8816
Fax: (305) 629-8877
E-Mail: mdhunter@lhttlaw.com

Counsel for Defendant Andrew Warren