# EXHIBIT 1

Octavius Reid

July 16, 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

I am writing in support of Andrew Warren who I've known for more than 15 years. I met him through his family and we have been personal and business friends for years. I meet many people in my profession and some stand out for many reasons. Andrew stood out amongst others because he had a purpose   I instantly knew he loved his country and would fight for America.

He always spoke of how proud he was to work for our government. We didn't speak as often as I or he would like for it was difficult at times for him to contact me, other friends or business colleagues while he was in [        ]

I recall the day Andrew called me to tell me that he was leaving the government to work on Wall Street. He said, he was simply tired and really needed a break from being overseas. At the time, I didn't know that he worked for the Agency; I just knew he worked for the [            ] and was always traveling. He explained that being away from family and friends had gotten the best of him. While he enjoyed working for the U.S., he thought he had served his time and he was ready to do something else. I wished him well. I can't remember how soon after that, I received another call from him (it seemed like just weeks) but this time he was telling me that he MUST return back to the Middle East for his country needed him. This was just after 9/11, and he had been working in the private sector for just a short time, but he felt that it was a stronger need and purpose for him - he had to SERVE his country. He said it with such emotion and pride that he was returning to the Middle East. His was putting his life on the front line. I admired that.

I felt honored to know Andrew, as he was a hero, fighting for our country and preserving our rights. He comes from a solid church-going family that works hard daily to contribute to society as Andrew once did. They have all been tragically affected, as has Andrew, by the recent situation. I became alarmed personally and reached out to his sister, Renee, a year ago because Andrew's behavior seemed unusual. I realize that often times when people go to [            ]they may not always return to us the same as they left. I was reaching out to his sister to make sure Andrew was O.K. I didn't want to pry as I know it was a touchy subject and she may not have wanted to speak about it. So, I just let her and her brother, Lewis, know that if they needed anything, they could call. I did and continue to pray for Andrew and the family. I hope that Andrew receives any medical help he needs and return to us, his friends and family, the same Andrew that left for the Middle East – the bright, courageous, intelligent, and honorable – soldier that America signed up many years ago.

I thank the Court for taking the time to read my letter and respectfully ask that the Court for leniency in sentencing Andrew to time served and/or community service.

Sincerely,

Octavius Reid

1 A

7/18/10                                         Stephen C. Denny

The Honorable Ellen Segal Huvell
United States District Court Judge
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

By way of background, please allow me to introduce myself. I am a graduate of The Citadel where I was a member of the Honor Committee; a former Naval Officer and a ten year veteran of the FBI. Since leaving government service I have worked as a business executive and often consult on matters relating to national security. I write to you on behalf of Andrew Warren.

Andrew and I met professionally in the aftermath of 9/11/01. I was a Special Agent assigned to the NYC FBI Joint Terrorism Task Force in 2001 when I witnessed the horrific events in September of that year. During the days following, many from the intelligence community worked side by side to keep the country from sustaining another similar attack. Andrew and I worked many hours together, as assigned, and many more hours above and beyond the call. We quickly became friends sharing a strong sense of duty and a sincerity of purpose that always led us to serve our country diligently while keeping in mind the higher moral obligations both of our families instilled as an integral part of our foundational characters.

I have met two of Andrew's siblings. I consider them both to be amongst the finest people I know. It is worth mentioning, because of Andrew and his sister Renee I met their childhood friend, Traci, whom I married and now have a wonderful family of four. Beyond the very close and personal relationship, however, I must confess a deep personal conflict. The Andrew that I know and the Andrew portrayed by the described conviction are drastically incongruent. Andrew is a brilliant man with a spiritual compass that helped guide me toward understanding when I saw only anger toward a people I only knew through investigating terrorism. As a person who has, even as a young man, pondered questions and issues of integrity, honor and justice, it naturally causes me deep concern to bear witness to a person's character who has pled guilty to such criminal charges. However, after extended deliberation I have come to the conclusion that I am honor bound to do so where good exists. The Andrew I know is simply a good man.

Your honor, it is with a clear conscience and the highest respect for our justice system that I ask the Court to consider leniency in the sentencing of Andrew Warren. Thank you for taking the time to read this letter as you deliberate on this matter.

Respectfully,

Stephen C. Denny

1 B

A

July 23, 2010

The Honorable. Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

I am Rawlean Whitney written on behalf of Andrew
Warren. I know Andrew Warren all his life. He's
has never gotten into in trouble.

Andrew reputation in the Community was always
excellent and in all of the opportunities I had to be
with Andrew, he always conducted himself in a very
professional and upright manner.

Thank you Judge Huvell your honor for your
leniency.

Sincerely,

Mrs. Rawlean Whitney

**1 C**

Deacon James Wingate

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell,

I am Deacon James Wingate, I was Deacon at the same church that we attended, which was First Baptist Crestwood. Andrew attended Sunday school and church and was very faithful.

He is a person who has dedicated his life helping people in the community work and has been a great support of public education.

Thanks to the court for all there consideration in this matter.

Sincerely,

*James A. Wingate*

Deacon James Wingate

1 D

C

Deacon Fulton Liston Jr.

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell,
    My name is Fulton Liston Jr. and I have written on behalf of Andrew Warren, a friend of the family. I had the pleasure of knowing the Warren family for many, many years. The family went to Sunday school and church together.

    What ever Andrew was asked to do he did it with a smile. He loves to help others

*Dear Fulton Liston Jr*

**1 E**

𝔻

Trustee Dewayne Lewis

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell,

    I am writing this letter on behalf of Mr. Andrew Warren and my relationship with
Andrew and his family. We attended the same church in the past. He was a quiet person
and comes from a good neighborhood. He was always ready to lend a helping hand.

    Thanks to the court for taking time to read this letter. I ask for leniency in
sentencing Mr. Andrew Warren.

Sincerely,

Trustee Dewayne Lewis

*Dewayne D. Lewis*

1 F

$E$

Rev. Willie Gibbs

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell,
    I am Rev. Willie Gibbs, a friend of the family, and I am writing on behalf of
Andrew Warren.

    Andrew grew up in Chesapeake, Virginia, went to and finished school with very
good grades. He was a very sociable child playing with the other children, participating in
birthday and church events. I can say Andrew was a very good and respectable kid
growing up in our community. We never had any problems with him.

    I want to thank the court for taking time to read this letter. I will be praying for
leniency in sentencing Andrew.

Sincerely,

Rev. Willie Gibbs

**1 G**

F

Dr. Willie Basnight

The Honorable Ellen Segal Huvell
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell,

My name is Willie Basnight. I am writing this letter on behalf of Andrew Warren whom I have known for many years. I have previously worked for his father in the Real Estate Company. He used to work with his father while he was still attending school.

Andrew has always been committed to helping people who lived in the apartments that his father owned. I want to thank you for reading my letter, please bless Andrew with leniency.

Sincerely,

*Bishop Willie Basnight, DD*
Dr. Willie Basnight

**1 H**

G

Louise Alston

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court Judge for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell,

I am Louise Alston and I'm writing on behalf of Andrew Warren, a friend of the family.
He was raised in the same church that I went to for fifteen years, a family church. He went to
Sunday school and church regularly. He was willing to learn about God. At that time when
someone needed help he was glad to assist.

Thank God for a fine young man he became to be. Thank you.

Sincerely,

*Louise Alston*

Louise Alston

1 I

H

Deacon Clyde Turner

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell,

    I am Deacon Clyde Turner writing on behalf of Andrew Warren, a friend, whom I have known since he was a young child. Through out that time Andrew always exhibited the qualities of honesty, integrity and a strong commitment family oriented person.

    I want to thank the court for reading this letter. I ask that you have mercy in Andrew's case.

Sincerely,

Clyde Turner

1 J

I

Deacon. Clarence Eaton

July 15, 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constition Avenue, NW
Washington, D.C.  20001

Dear Judge Huvell:

I am Deacon Clarence Eaton friend of the
family. I'm written on behalf of Andrew
Warren.

I have been knowing the family for many, many
years. Andrew went to Sunday School, church
and finish school with honors. The Community
has never had any Problems. He was a
very good boy.

Thank you

Sincerely,
Deacon, Clarence Eaton

1 K

Deacon Lee Smith

The Honorable Ellen Segal Huvell
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell,
    I am Deacon Lee Smith, writing this letter on the behalf of Andrew Warren. It is my belief that Andrew is the victim of some complex pressure of circumstances that caused him to temporarily turn from his normal ways. If given a chance, I believe, with our Lords Help he will become a productive Christian citizen, again.

    Thank you so very much.

Sincerely,

Deacon Lee Smith

**1 L**

K

Rev. John Smith

The Honorable Ellen Sega Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell,

I am Reverend John Smith and I have known the Warren family for many years.
They are a church going family, always serving the Lord.

It is my belief that Andrew is a fine young man. Yes, he has made some mistakes
but his past and present contributions to the community merit greater consideration.

I want to thank the court for their time and patience.

Yours Truly,

Rev. John Smith

i

**1 M**

Deacon Charles Wright

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell,
I am Deacon Charles Wright, a friend of the family, writing to show my support
of Andrew Warren.

Andrew and his family attended the same church that I did. He was a very faithful
member and played with all the children in the community. He never caused us any
trouble because he was a good kid.

I want to thank the court for taking time to read this letter. Please show mercy
towards Andrew.

Sincerely yours,

*Charles P. Wright*

Deacon Charles Wright

**1 N**

M

William Jenkins

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court Judge for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell,

It is indeed my pleasure to write this letter on behalf of Andrew Warren. I meet Andrew a short time ago when he was working on a house that he had purchased to fix up and resale. He was always kind to everyone, including his workers and also paid them well.

He is a very good man and has a good heart, always willing to help someone. Thank you for reading this letter. Please show him mercy.

Sincerely,

*William H. Jenkins II*

William Jenkins

10

# EXHIBIT 2

2

# SHEILISA Y. MCNEAL

July 17, 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

My name is Sheilisa McNeal and I have been a friend of Andrew Warren and the Warren family for more than a decade. Let me first say that I am deeply saddened by the pain and suffering all of the families involved have endured. And I do not wish to diminish the severity of the situation by speaking on Andrew's behalf, however I can say without hesitation that the Andrew Warren I know is a good man of good character.

I can't speak to the specifics of the case, but if you were to ask me about Andrew I would go on and on about how close he is to his family and how much he always appeared to love his job. He was incredibly dedicated to his work even though he never spoke in detail about his duties. His pride in knowing that he was serving his country and contributing to its safety and well being was obvious in his demeanor and the way he carried himself. I have never known Andrew to be anything other than respectful to a fault and honorable in his dealings with those around him. I've been in his presence on many occasions and I've always felt a sense of safety and security at those times. His love for his family and friends is so apparent that it's almost visible whenever they are gathered. You almost feel that you want to be related to them because of how warm and strong the energy is around them. Renee Warren and I have been very close friends since we met at work in 1999. Immediately upon meeting her, I knew she would be a friend for life and when I met her family we adopted each other. There isn't anything she wouldn't do for her family or friends and over time I've learned that the entire Warren clan has that same sense of loyalty and honor in all their endeavors. When you grow up in an environment that promotes hard work, honor, responsibility and loyalty, that becomes a part of your DNA as well. It's a part of Andrew and this current situation is an unfortunate mistake, but in no way defines who he is as a man.

Your Honor, every person in existence, no matter how accomplished or revered has had moments of poor judgment. For most of us, the lessons learned help us gain wisdom and knowledge that we use to do better going forward, because we can't fix anything from the past. We can only hope that the consequences of our actions will have value and ultimately promote growth in the long run. With that said, I humbly request sincere consideration and leniency when you render your sentence in this case. There were many victims and hopefully their suffering will not endure, but my friend Andrew has lost everything he worked so hard to achieve. And I know you can retort, he should have known better, but again we all make mistakes and Andrew is not a perfect man. However, he was a valuable asset to our

DM_US:23318759_1

country, a hard worker, a man of integrity and he has lost so much. His consequences will endure for a lifetime and that is the best lesson anyone can learn about judgment and decision making.  My grandfather once told me when I was 11 years old and had run away from home because I was angry with my mother that "You cannot act on impulse! You must consider all the possible consequences first to make sure you can live with them once your decision is made because some consequences can destroy you for life." It was the most memorable lesson he ever taught me, but that doesn't mean that I never made an impulsive decision again. I've made mistakes and have done better. Andrew made mistakes, but he's still here and can do better. I hope he is given the opportunity to do so.

Thank you so much for your time. I will continue to pray for the best possible outcome and appreciate your consideration.

Sincerely,

Sheilisa McNeal

DM_US:23318759_1

# EXHIBIT 3

3

Traci Gardner Denny

July 18, 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell-

Please allow me to introduce myself. My name is Traci Gardner Denny, and I am writing you on behalf of Andrew Warren.

Andrew and I have known each other since Junior High school. "Andy", as I knew him, and I were peers in what could only be described as the "goody-goody" crowd in high school. We were students whose many extra-curricular activities in sports, band, and school politics made us standouts in an environment where high achievement was commonplace. I have many fond memories of Andy's relentless dedication while also lifting spirits at band practice. As a class officer Andy enjoyed respect and admiration at a large high school where only the most accomplished and revered students could attain that title.

Andrew and I remained friends into adulthood, staying in touch with each other through his sister Renee, and seeing each other often when we were both in New York City. After many years of friendship, Andy remained the kind of person I could depend on.

My fondness for Andy reached a milestone in 2001, when Andrew introduced me to my future husband Steve Denny. I knew Steve had to be someone special if he was friends with Andrew. Steve and I got married less than nine months later, and have now been married for almost eight years and have two beautiful boys. We have always attributed our coming together to the kind friends we have in Andrew and Renee Warren.

I can't count how many times Steve and I have talked about Andrew and how highly we regard him, and what great memories we have of Andy in our lives, old and new.

I thank the Court for taking the time to read my letter, and respectfully ask the Court for leniency in sentencing Andrew.

Sincerely,

Traci Gardner Denny

# EXHIBIT 4

4

# GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.

### ATTORNEYS AND COUNSELORS AT LAW

WATERSIDE PROFESSIONAL BUILDING
221 S.E. OSCEOLA STREET
STUART, FL 34994

(772) 283-8260
Fax No. (772) 220-3343
1-800-330-4278



PLEASE REPLY TO:

W. E. GARY PROFESSIONAL CENTER
320 S. INDIAN RIVER DRIVE
POST OFFICE BOX 3390
FT. PIERCE, FLORIDA 34948-3390

(772) 464-2352
Fax No. (772) 464-4226
1-800-330-1832

RAINTREE STATE BUILDING
111 N. ORANGE AVENUE, SUITE 1450
ORLANDO, FLORIDA 32801

(407) 649-7171
Fax No. (407) 649-7755

July 15, 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

I am writing this letter in support of Andrew Warren who I have known for nearly a decade as a businessman and personal friend. We met at a celebration and immediately from that first conversation I knew that Andrew loved America. Over time, I found out that he worked for the State Department and we had similar interests in sports and business. While we did not talk often, as he was not in the country often, we maintained our friendship.

I see Andrew Warren as a true American hero and patriot – someone who has served his country. As long as I have known him, he has always talked about the love of his country and how he was fighting to preserve our rights. As an attorney for the last 35 years, I have come in contact with many people, and feel as though I am a sound judge of character. When I met Andrew, and still to this day, I can say he is a man of strength and character.

I have gotten to know his family over time and Andrew comes from a solid background. His father is a minister who helps to feed the homeless. I know that Andrew began helping his father feed the homeless and disabled veterans. He felt close to those veterans who sometimes fell through the cracks. He confided in me, that it was difficult in the Middle East; that war was difficult – but with all the strife in the Middle East and even with all that had been placed before him – he said: "that he still loved his country and would not have changed his time fighting for the rights of the American people."

Andrew believed that it is important to help others and he believed in the love of family and love for his country. He is one of four children and I know they are all active in their church, work hard in their respective careers, and give back to those who are less fortunate – he was no different.

I know that Andrew has plead guilty but I felt compelled to write as a friend and father figure. I believe in remorse and redemption and I am certain that Andrew will make a positive impact in our country once again if given the opportunity.

I thank the Court for taking the time to read my communication and respectfully ask the Court for leniency in sentencing Andrew and take into account the time that he has already served.

Sincerely,

Willie E. Gary
Senior Partner

# EXHIBIT 5



International Programs
*William H. Alexander, Ph.D.*
*Professor of History and Director*

5

July 19, 2010

The Honorable Ellen Segal Huvell

United States District Court Judge

United States District Court for the District of Columbia

333 Constitution Avenue, NW

Washington, D.C. 20001

Dear Judge Huvell:

I am writing on behalf of Andrew Warren, who as an undergraduate was my student at Norfolk State University. As a professor of history, I had the opportunity to work with him in several courses and to engage in many conversations with him.

It is not difficult to speak highly of Andrew Warren, as he was unquestionably one of the most outstanding and accomplished students I encountered. It was rare to encounter a student with such a command of world affairs and general issues. The pleasure was not only in reviewing his academic work, but also in listening to his enthusiasm about his projects in life. I always found him to be interesting as well as insightful and generally savvy. The friendship that we developed then continued past his college experience, through his graduate studies at Indiana University, and into his international career. In addition to the many conversations I had with him during his college days, I had numerous conversations with him during his leaves from diplomatic postings. He was always anxious to share his time and experiences with other Norfolk State students, even offering to teach Arabic at our school at some convenient future date. On more than one occasion he returned to address our students, and they always found him to be an inspiration. I have regularly used his story as an example to other students of what they can accomplish. Andrew always impressed me as an individual of strong character and values, sincere and devoted, and caring toward people.

His commitment to pursuing an active role for his country was enhanced by the trauma of 9/11. While he had many options, that event was influential in convincing him to pursue a career in some area of foreign service rather than one primarily in academia or business. He wanted to use his knowledge of the Middle East and his language skills to represent the United States in

that challenging environment.  In all our discussions and in his active service he has displayed an unwavering loyalty to our country.

Andrew has devoted much of his adult life to the well-being of the United States.  He has already made strong contributions to U.S. strategic interests and to protection of U.S. citizens at considerable risk to himself and to his health.  I would hope that this extraordinary record would weigh heavily in the disposition of his case, as he still has much to offer in the future.

I appreciate your consideration of my comments, and I respectfully request that the Court will show leniency toward Andrew.

Sincerely,

William Alexander

William H. Alexander, Ph.D.
Professor of History

# EXHIBIT 6

6

Ed A. Williams

July 20, 2010
The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

I am the Managing Partner of a private equity investment firm based in New York, BE/GS Capital Partners, that promotes the growth and development of minority and woman-owned businesses throughout the United States. I earned my MBA degree from Harvard University, and a B.S. from the University of Maryland. I am also a Certified Public Accountant. I am writing in strong support of Andrew Warren who I have known for 15 years.

I was introduced to Andrew by his sister Renee. Watching him and his sister interact it was easy to see the genuine love and respect that they shared for each other. Andrew was always there for his sister and family. He would do anything for his sister, Renee, from laying tile for a new bathroom floor, lending her money when needed or just making her laugh when she was feeling a little blue. Although, he was the little brother, he was her protector.

I remember how excited Andrew was when he decided to change careers and was hired by Citigroup to join its prestigious investment banking operation. These are highly sought after positions. As a result, the interviewing and selection process is very strenuous and competitive and he was one of the lucky few chosen for the position. Getting one of these jobs is often compared to winning the lottery. It is a ticket to potentially earning millions in a few years and being financially set for life. Andrew was looking forward to making his mark and millions on Wall Street and living near his brother, Lewis, and sister. Everything changed for him when the twin towers were destroyed.

On September 11, 2001, Andrew was working for Citigroup only a few blocks from the twin towers. He walked in the haze of smoke and dust from the destroyed buildings with thousands of others to get out of lower Manhattan. He walked several miles to his sister's office to make sure she was OK because he could not reach her on the telephone. Several days after this occurred, Andrew decided his country needed him. He knew that he possessed a unique set of skills that could make a difference in protecting and defending America from its enemies. So, for love of country, he chose to put his life on the line and sacrifice his golden opportunity to pursue riches on Wall Street. Very few people have made a similar sacrifice for their country. His sacrifice was great and rewarding for us all.

I am not aware of all of the details, but the media describes a person that I do not know or recognize. The Andrew that I know has led an exemplary life. A life of fighting for his country; a life of helping others; a life of giving back; a life of teaching others; a life worth saving. I know Andrew can rebuild his life if given the opportunity to prove himself again – he has a strong family and many friends to support him if given the opportunity.

Judge Huvell, thank you for taking the time to read my letter, and I respectfully ask the Court for leniency in sentencing one of our fallen soldiers – Andrew.

Sincerely,

Ed A. Williams

# EXHIBIT 7

Renée E. Warren

July 10, 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

I write this letter in strong and significant support of my brother, Andrew Warren. I am his sister, but also, a former journalist who now teach at New York University, plan events for local and national non-profits, usher at my church where I have been a member for nearly two decades, volunteer at a boys home and have work with the Jewish Board of Family and Children Services for more than five years.

As you can imagine it is with great sadness and difficulty that I write to you and the Court. I sat in court in support of my brother most of the days he appeared before you. I travelled from NYC, driving eight hours one-way – I wanted and needed to be there for him. My heart was and is extremely heavy for what he was baring not just now, but throughout the entire process. I close my eyes and think of the day he told me that charges were filed against him. I simply could not fathom that he was facing such serious charges – for he has ALWAYS been that upstanding American, that Soldier.

What do I mean by that?

He was the first one pledging the allegiance to the flag, the first one saying that America is his country and he would fight for his country to the end. We are just a few years apart in age, but I am older. So, I recall when he told me he wanted to serve his country. That whatever his country needed, he was there! He had many job offers after graduation, but he said his skills were best used by our government. It was the only offer that he was looking for and wanted – the Government. He wanted to serve his country as my family has done for years. Our Dad is a

disabled American veteran, my Uncle William (Warren) was wounded in WWII, and my Uncle Richard (Warren) is retired Air Force. I have cousins who are currently working for the government and my brother-in-law is a retired Marine. We are and have been a family to serve our country.

Andrew wanted to serve as well. Veterans Day for the Warren Family is a time of honor and pride.

When working 24/7 with the CIA and in some of the worse places we can think about took a toll on him, he decided to leave the government to work in the private sector. I recall him not missing working in the bowels of civilization but missing his comrades in the government. When 911 hit New York, America – the U.S, he told me he could no longer continue to work in the private sector that he MUST return to help his country! Without hesitation, he risked his life once again to make a difference! He left Wall Street – for the streets of the Middle East. He needed to be in the Middle East fighting for the country he loved.

I was PROUD of my baby brother. I did not always speak with him during this time while we were at war. I prayed each and every night that God would send him back to us in one piece and our country is better off with my brother in the Middle East and NYC penetrating the other side – – so 911 would and could never happen again.

Andrew or Drew, as we affectionately call him, has always had a positive influence on my life. As we grew older, he became my professor, confident and my best friend. Whenever, I was troubled with something, no matter what he was doing, he would stop to assist. In fact, I remember once while he was in the Middle East, and I had left him a message about a bad day, he called me back. While you may think it was *just* a call, it was more than that as I heard gunshots in the background. He has always put family first.

Not just family, but he often would speak to young men and tell them to stay on the right path. That it was important to fight for your country.

2

Family first! That is the phrase we always use at home around the dinner table. For when I needed a place to stay right after 911, I stayed with my brother prior to him leaving for the Middle East. I wanted to save enough money for a down payment and buy my first home. Drew, suggested that I could save money for a down payment if I stayed with him because he had a two-bedroom apartment and I could stay in one of the rooms. I did. It was really great for us to bond further as adults! We would watch movies together. In fact, every Sunday we spent time together. It was our time. However, upon his return from the Middle East (whenever he did have leave) the favor was returned, as he stayed with me for during his visits. It was this time that often would troubled me because I noticed that he was much different than before. He could NEVER sleep. He told me that he had nightmares. I personally saw this first-hand. I now owed a two-bedroom apartment and living in NYC, my apartment was and is small and the bedrooms are side-by-side. Often times he would talk in a loud voice or if I got up in the middle of the night for water or something (every little noise he would hear) he would think someone was after him. He would immediately wake and yell in Aerobic. He often told me when I walked home, to take a different route home and not take the same route as he thought "the bad guys" were following him and in turn me.

He no longer felt safe in NYC; he was always watching his back. And, the brother who loved to travel the world so much that was no longer top on his list of "to dos." Andrew was a Fulbright Scholar and studied at Yarmouk University, Irbid, Jordan, traveling the Middle East when he was in college and throughout the world later in life. He was now my brother who no longer wanted to travel on planes, he felt more comfortable in open space. He told me that he was claustrophobic. He said even my apartment bothered him *(we have really small apartments in NYC)*. I suspect it was from living in hovels and tight confines during the _____ I remember speaking to him while he was overseas and during that time, he would tell me all he needed was a can of food, the bare essentials to survive. But, I suspect that got the best of him – he told me once that I would never believe his life during War time. Ironically, though he no longer liked to travel, he still loved the travel experiences he had. He told me that he would not have traded his life for anything for he truly believed that he was put here for a purpose and the purpose was to help his country. Later, life was different for him. He wasn't in the worse places in the Middle East but a nice apartment. But, he would still be troubled by those experiences. He wouldn't talk

3

about his experience much, mostly the good. He didn't want to trouble his family or his friends. However, sometimes I could just tell because he was my brother and I know him. He would still promote the [          ] on how it was the best place to work. And, we must support our military, police and government.

Today, I write to explain to the court who Andrew Warren is. He is my brother:

- ✓ Someone who has fought for his country for more than a decade.
- ✓ Someone who put his life at risk to protect our rights.
- ✓ Someone who put those who worked for him before himself.
- ✓ Someone who taught karate to young people.
- ✓ Someone who translated Spanish and Arabic.
- ✓ Someone who helped friends during hardship.
- ✓ Someone who worked hard to succeed.
- ✓ Someone who helped my dad with his ministry
- ✓ Someone who never got in trouble growing up
- ✓ Someone who marching in the school band, lettered on the wrestling team, and an active member of the Student Government
- ✓ Someone who loves his family, friends, church, community and work associates.
- ✓ Someone who loves America,
- ✓ Someone who I know as courageous, true, honest and,
- ✓ Someone who can STILL make a difference

Life can become difficult at times and we are all forced to stand up and face the consequences -- I write you today, to say that I know my brother CAN be a positive role model to the community again. We, his family, will stand beside and with him. As I know within my heart, soul and complete being -- my brother, Andrew Warren, can and WILL rebuild his life.

God forgives us all and there is redemption.

I plea and beg of the court to give my brother, Andrew Warren, mercy for he has contributed much to our country and nation, our community, my family and to me.

4

I truly thank the Court for taking the time to read my letter and most respectfully ask the Court for leniency in sentencing Andrew and commute his time to time served and community service.

I can be reached at anytime on my cell at .           . Again, thank you for reading my letter.

Sincerely,

Renée Warren

5

# EXHIBIT 8

Marty Martin

Marty Martin

18 July 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
Unites States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

As a former colleague and supervisor of Andrew Warren, I am writing you on his behalf at this critical juncture in his life. I have known Andrew since the very early years and throughout his government career. Accordingly, I observed him mature from his early years of training into a very strong operations officer.

My purpose of this letter is not to apologize or excuse any crimes or charges levied against him, but to simply ask you for mercy in sentencing him. I am personally at a loss to explain or understand the foibles of man which require your judgment on a daily basis nor the circumstances which have brought us all to this point and your decision regarding this man's future. All I know is that this man was a very dedicated patriot and after having transitioned to a successful civilian career after his initial government service, he returned once again to serve in the aftermath of those awful days after 11 September 2001. Accordingly, and within this same spirit, he volunteered to place himself in harms way and distinctly served our nation in active combat zones. For those sacrifices, I simply request your experienced consideration and mercy in sentencing Andrew.

I most appreciate your consideration in taking the time to read this letter and humbly ask the court for leniency in sentencing Andrew.

Sincerely,
Marty Martin

# EXHIBIT 9

9.

Crystal L. Keels, Ph.D.

July 17, 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

I am Crystal L. Keels, Ph.D., and I am writing in support of Andrew M. Warren. I have known Andrew for almost 20 years. I met him when he participated in an Indiana University summer program designed to recruit students for graduate study. We have remained close friends ever since that time.

Andrew and I spent almost three years together at Indiana University while he completed a master's degree in Near Eastern and Languages and Culture. Andrew was committed to his studies with the end goal of serving his country. He was dedicated to preparing himself for work with the U.S. Department of State. That was his mission. While I was pursuing a doctoral degree I watched Andrew successfully complete his master's program as he also mastered several languages along the way. He wanted to be fully prepared to work for the United States overseas.

While in Bloomington, Andrew and I were quite close and provided all kinds of support for one another. For example, I was a single woman living alone and Andrew came by my house regularly to make certain that I was safe. Additionally, if I became ill he would provide whatever assistance was necessary. In fact, Andrew considered it his responsibility to ensure that a small group of single women, including me, were safe. The entire time he was in Indiana he checked on us regularly, either in person or by telephone. He thought it was his duty to provide us with a solid support system.

Andrew continued to provide that same kind of support for me after he graduated from Indiana University and began his career with the government. He stayed in touch with me from wherever he was in the world. He was particularly supportive and caring when I was diagnosed with breast cancer and when my father died before I finished radiation treatment. When he learned of my cancer diagnosis he sent a care package from overseas that included reading material, chocolates, and therapeutic music. He insisted that I continue to exercise and do whatever else was necessary to recover my health. When my father passed away two days before I finished treatment, I called Andrew and left a tearful message on his answering machine. He returned my call and talked me through my hysteria. He gave me suggestions for how to deal with my grief and pain. He checked

DM_US:23316759_1

in with me regularly to offer his love and support throughout my recovery process. He also provided support as I struggled to complete my dissertation work during this same time. There were many nights that I cried on the phone and Andrew comforted me; he was a steadfast friend even though he was halfway across the world. I do not have the words to say how valuable his friendship was during that period and how valuable it continues to be.

My family also loves Andrew. My late father, a well-respected businessman in the Midwest and a former Air Force officer who worked with the National Security Agency, was most impressed with Andrew. My father often commented on Andrew's solid character and commitment to the task Andrew had set to accomplish working for the United States. My mother and siblings consider Andrew a member of the family and are proud of the work that Andrew has done around the world. For example, my family worried when Andrew was serving during the|            |and often asked me if I heard from Andrew when he was serving in |            |

One conversation that Andrew and had while he was in|            |stands out particularly in my memory. I was working on my dissertation and Andrew called to see how I was doing. We talked for a few minutes and I asked him what the noise was that I kept hearing in the background. He told me those noises were bullets flying. He also told me how concerned he was with the children in|            |whose lives were in danger on their way to school. He explained that a good day for parents in|            |was when their children made it home with all of their limbs intact. He told me the story of a particular little boy who was injured on his way to school and how Andrew sought medical care for the child. Andrew's dedication to the welfare of others is clear.

Andrew comes from a solid family, all of whom have made significant contributions to their community. He is dedicated to his parents, his brother, his two sisters, and his nieces and nephews. They have been most supportive of him during his present situation. He has told me himself that he profoundly misses his work and serving his country, something which he has done diligently during his career.

I thank the Court for taking the time to read this letter and I respectfully ask for leniency in sentencing Andrew.

Sincerely,

Crystal L. Keels, Ph.D.

# EXHIBIT 10

$10$

Sandra Warren Gobar

. .... ..

July 14, 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

Hello name is Sandra Warren Gobar and I am writing on behalf and in much support of
my brother Andrew M. Warren. The years growing up with Andrew as my younger
brother in our very Christian home I would have to say were the idyllic happy hard
working and loving environment. As the children of Viola and Lewis Warren our focus
was always Sunday school, church attendance, lots of household chores, family vacations
with the emphasis of doing our very best and giving back to others.

Andrew wasn't the typical younger brother somehow I always looked to him as my older
brother for he was always looking out for his two older sisters. Even after I graduated
from college and was a working professional and later as a wife and mother of his two
nephews. What has inspired me the most in viewing him as my protector, sage, wiser
younger/older brother was his loving relationship with his two nephews. He has always
taken the time to mentor my sons from his return visits with the CIA in protecting our
country in so that we could all live the American dream.

A few years ago on one of his returned visits which I'm sure he was very exhausted from
horrors relating to his job that I can't even imagine; he inspired not only his nephews but
their friends as well. While he was playing basketball with his nephews and their friends
he would interject wise comments like do you know where you would like to be in ten
years, five years, let talk about college and connect the dots with your interest, goals and
education?  This wasn't a short conversation he took time with each teenager on their

1/1

DM_US:23318759_1

specific ideas, thoughts, interests and he helped them in trying to begin to connect the dots.  I have to tell you that we could tell Andrew was exhausted but he push through to let a few young boys know that they were that important to him in his life to make the extra effort, to make the extra thoughts, questions and comments!

We will never know how moments like these can touch the lives of kids many years later~~but this I have to say is only one of many, many, many, examples of how Andrew really wanted to make a difference in many kids lives.

Now, they all pray for Uncle Andrew every night they realize that we are all human and in our humanness we need someone to lend us a hand sometimes.  And believe me the teens are smart as I gathered them to watch the movie A-Team a few weeks ago there comments during the movie was Uncle Andrew or Mr. Andrew isn't the only person that the CIA has thrown under a truck.  This comment came from a group of teen age boys ages 13 – 16 and even they knew that some things just kind-of don't add up?

I and many young kids are respectfully asking that the Court find some humanness in lending a helping hand as he has done so many, many, many, times in his life to so many kids for leniency in Andrew's sentencing.

Thank you so very much for taking the time to read about a few moments in time about Andrew's love of tying to make a difference and I again respectfully ask the Court for leniency in sentencing Andrew /Uncle Andrew.

Sincerely,

Sandra Warren Gobar
Andrew's Sister.

2/2

DM_US:23318759_1

# EXHIBIT 11

Lisa Warren

11.

July 15, 2010

The Honorable Ellen Segal Huvelle
United States District Court Judge
United States District Court for the
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle:

I am writing on behalf of Andrew Warren. I am
Andrew Warren's sister-in-law, and have known
Andrew for over 22 years. In these 22 years I have
known Andrew to be a caring, helpful, hardworking
and loving brother-in-law. He is the type of person
who is always willing to lend a hand, help
someone else out, strike up a conversation to make
someone else feel comfortable. A wonderful
person who you would be proud to have in
your family or be your friend.

When Andrew's other three siblings left home
to pursue professional pursuits — Andrew
put his own dreams on hold to help
his Dad with the family business. He was→

there to assist his Dad in any way possible. As
the family business was coming to a close —
Andrew was on a path to not only finish up
his undergraduate degree at Norfolk State, but
to eventually go to graduate school and graduate
from Indiana University. At Indiana University
he pursued study in languages and would eventually
in Spanish and Arabic. become fluent
as well as other languages. We were very proud of
his accomplishments.

He would move to New York where we enjoyed
getting to see him more often. I remember
Lewis, his brother and I had just bought a
new home and the people who would be
renting our home, notified us that they would
be arriving in 4 days. This meant we needed
to move everything out of our home with very
little notice. When we mentioned this to
Andrew, he generously offered his time, muscle
and packing abilities. Not only did he help
us with our move, but then painted our
old house for the new tenants. This is the
type of person Andrew is!

As the years went on and we had children,
Arielle, now eleven and Marshall, 9 years
old. Uncle Drew has become the apple →

Page 3

of their eyes. Andrew is always willing to play what ever they want, challenge them to an x-box or wii game or toss a football around with them outside. When Andrew had spent time in Egypt and came home with souvenirs for the children, I will never forget how excited he was to share the gifts with the children — telling them why he had chosen each gift for them. He loves them and they definitely LOVE Him!! Marshall constantly asks, "when am I going to see Uncle Drew?"

Andrew was a favorite of my Grandma. She passed away 2 years ago at 92. She loved Andrew and always asked about where he was traveling to and if he would be home to spend time with the family at the different holidays. My Grandmother used a walker for the last 8 years of her life — she hated it! — Andrew would always be the first one up to offer his seat, open a door, etc. The last holiday that Andrew spent with us — my aunt Barbra →

page 4

Spent it with us to, as she has done over the last 20+ years. Unfortunately because of a stroke she is in a wheel chair now. In order to get into my house she needs to be lifted in — well it was Andrew the first one up to offer to lift her up into the house. This is the way Andrew is. My parents, Grandmother and aunts have always enjoyed visiting with Andrew when he could be with us for the holidays. Always considerate, striking up Conversations, finding out how everyone has been doing from the last visit.

I can't tell you how proud Andrew was and is to have served his Country in many different capacities. He always Beamed with pride as he talked about where he would be Stationed next. His work for the government and his Country were definitely a very important part of who Andrew was & is.

→

page 5

I will never forget when he was in [    ] and Andrew called to say hello. He left a message on our answering machine. In the message he said, "Just calling to say hello and to let you know that I am alright!" Well, he sounded everything but alright. In fact, I was brought to tears by the message — he sounded so rundown, sad... — In [    ] situations you are just never sure if a call from a loved one, may be their last. Happily he did return to us, but something that Thanksgiving or Christmas (I can't remember) was not the same this visit. He needed to talk about the [    ], he needed us to all hear about the [    ]. He needed us to listen. I felt he was different in some way, I don't know exactly what happened there, but I think it made a significant impact on Andrew's life. →

Page 6

The last time I saw Andrew — I was proud of him — for all that he had been through and is going through now. His spirits were good and we were having nice conversations about landscaping and painting. It was a good visit and I encouraged him to stay positive and keep God with him. I let him know that I believed that everything was going to be alright.

Andrew is such a Great Guy — and has always been a wonderful brother-in-law to me, a fantastic Uncle to our children and son and brother who can be counted on and a faithful friend and just a Good person to anyone he meets.

Thank you for taking time to read my (over→)

# EXHIBIT 12

12.

July 12, 2010

LEWIS WARREN. JR.

The Honorable ELLEN Segal Huvell
United States District Court Judge
United States District Court For
the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

I respectfully submit this note on behalf
of Andrew Warren -- and, respectfully entreat
this Court to consider limiting Andrew's sentence
to his time served to-date, plus community service.

Altogether, this Court has treated Andrew
with dignity, courtesy and thoughtful regard. On
behalf of Andrew's family, and as Andrew's
brother, I'd like to salute you for your wisdom
and judgment -- thank you, in advance, for
offering Andrew a fair hearing.

To my mind, only a playwright of

— 1 —

2.

Aeschylus' profound, incisive insights into human nature would capture the complexities of this case.

To wit, a summary treatise of Andrew's case could be drafted as follows -- A much decorated intelligence officer, a true American patriot, having fought, served and volunteered for field postings in [                    ], Egypt, among other dangerous war zones, often behind hostile enemy lines ... is investigated by his Company, the story leaked to the news media (in contravention of federal law), resulting in a media fire-storm, and the firing of said officer ... before any facts are established, and without any medical treatment — or, evaluation — of said officer for physical or mental afflictions —— when it was pretty clear that Andrew suffered from POST TRAUMATIC STRESS Syndrome ("PTST"), depression and clinical diabetes.

Upon Andrew's return from [        ], in particular, he had recurring nightmares of his [    ]-zone colleagues being blown-up, violently, by machine-gun fire and high-explosives —— the fact that his Company offered Andrew ZERO medical care is a disgrace. I was pleased to read of the

|3.

Veterans Administration's Recent decision to
Allow more veterans to qualify for
treatment for PTST, without the endless
bureaucratic wranglings previously required.
God bless the VA for this important —
And, enlightened decision. Perhaps, more American
Service-people will Receive much-needed treatment.

I believe strongly in Spgovenen Truth's-
view, "(That) it's the mind that makes
the body," which Is why I write to
pless for the Court to consider leniency
in Andrew's sentencing. Andrew has, with
much honor, Accepted Responsibility — And is,
As I write this, paying his societal debt.
HAving served his country for nearly
15 years in some of the most brutal,
bleak, Awful And desolate [ ] Iones in the
world, Andrew has Always cared, deeply, about
defending America's Enduring Freedoms.
Andrew is a patriot in the best sense of

⌊4.

the now, "patriot."

We thank the Court, in Advance, for your consideration — and for reading the letters in support of offering leniency to Andrew.

In closing, Allow me to paraphrase William Faulkner — —

"⟨Man⟩ is immortal, not because he Alone Among creatures has An inexhaustible voice, but because he has A soul, A spirit capable of compassion And sacrifice And endurance."

Respectfully submitted,
M. W.

# EXHIBIT 13

13.

Gregory G. Satchell Sr.

July 13, 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

My name is Gregory G. Satchell, I am married and a father of two. I am writing this
letter on behalf of Andrew Warren, a dear friend who I have known for over 25 years.
Andrew flew from Germany to be in my wedding 9 years ago as I did for him in Chicago
4 years earlier.

The person I know as Andrew Warren is dedicated to his family, friends and his country.
Due to the nature of his career, I didn't get an opportunity to discuss his job or what he
actually did for a living, but I know he loved it. As a former Marine, I have seen many of
friends become different people because of the missions served. I don't know what
happen to my friend, but the person I know as Andrew Warren is still there and maybe
just needs a little help. I hope the court will consider my words positive and give Andrew
a path to rebuilding his life.

I would like to thank the Court for taking the time to read my letter and respectfully ask
the Court for leniency.

Sincerely,

Gregory G. Satchell Sr.

# EXHIBIT 14

14

**Neil Blumberg, M.D., P.A.**
Distinguished Fellow, American Psychiatric Association
Diplomate, American Board of Psychiatry and Neurology
Diplomate, American Board of Forensic Psychiatry

Suite 206 – Padonia Centre
30 East Padonia Road
Timonium, Maryland 21093

Telephone: 410-561-1156
Fax: 410-683-0332
email: neilblumbergmd@aol.com

May 17, 2010

e-mail: MartinBilly@howrey.com

William R. Martin, Esquire
HOWREY, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402

Re:   U.S. v. Andrew Warren
      United States District Court for the District of Columbia
      Case Number 1:09-cr-00158

Dear Mr. Martin:

Pursuant to your request, I have completed my forensic psychiatric evaluation of Andrew Warren, a forty-two year old man, who is charged in the United States District Court for the District of Columbia with Sexual Abuse in the Special Maritime and Territorial Jurisdiction of the United States in an offense that allegedly occurred on February 17, 2008 in the People's Democratic Republic of Algeria. Mr. Warren was arrested on April 26, 2010, after he failed to appear for a routine Court appearance in Norfolk, Virginia on April 19, 2010. The purpose of this evaluation is to provide information relevant to the defendant's mental state at the time that he failed to appear in Court on April 19, 2010, at the time of his arrest and presently and to provide treatment recommendations if indicated.

In order to address the issues, I reviewed the following materials provided to me by your office:

1.   Indictment;
2.   United States Motion to Introduce Other Crimes and Bad Acts Evidence;
3.   Motion to Suppress Statements;
4.   Government's Opposition to the Defense Motion to Suppress Statements;
5.   Government's Supplemental Brief In Support of Its Opposition to Defense Motion to Suppress Statements;
6.   ABC News Report, April 27, 2010, "Former CIA Agent Andrew Warren Arrested in Hotel with Drug Paraphernalia, Handgun"; and,
7.   An article from the Wayne Madsen Report, April 28, 2010, "Another African-American Intelligence Agent Goes Down in Flames".

In addition to reviewing the previously noted materials, I examined Mr. Warren at Northern Neck Regional Jail on May 7, 2010 for six hours. As part of my evaluation, I administered the Detailed Assessment of Posttraumatic Stress (DAPS) and the Personality Assessment Inventory (PAI). The PAI was interpreted by Leslie Morey, Ph.D. In addition, on May 12, 2010, I interviewed Mr. Warren's parents, Lewis and Viola Warren, for one hour and fifteen minutes and his sister, Reneé Warren, for one hour.

Page 2
May 17, 2010

To: William R. Martin, Esquire
Re: U.S. v. Andrew Warren

At the onset of the evaluation, I advised Mr. Warren as to the nature and purpose of the evaluation, that we did not have a doctor-patient relationship, that the information we discussed would be shared with his attorney and might be brought out in Court and, therefore, the information discussed was not confidential. Mr. Warren understood this warning and consented to proceed with the evaluation.

## FAMILY HISTORY:

Mr. Warren is the youngest of four children to his parents' relationship. Sandra Gobar is fifty, lives in Fredericksburg, Virginia, is married with two children and is an artist who also runs an art program and works at the Corcoran Gallery. Lewis Warren, Jr. is forty-eight, lives in New York City, is married with two children and is an attorney who also works as a banker for the Bank of America. Reneé Warren is forty-five, lives in New York City, is single, without children and owns and runs a media and public relations firm. Mr. Warren is forty-two and had been the CIA [_____] in Algeria until he was fired for his alleged misconduct in reference to the current offense. Mr. Warren had been married from 1999 until 2001. His former wife, Julie Gluck, is forty-one [_____] Mr. Warren and his wife did not have any children and Mr. Warren has denied having any children outside of the marriage.

Mr. Warren's parents are both seventy-seven and live in Norfolk, Virginia. His mother has always been a homemaker. His father had retired from the Navy and the United States Post Office and currently works as a general contractor. He is a Senior Commander of the American Disabled Veterans and for the past eight years has been an ordained Baptist minister.

Mr. Warren and his family reported a history of psychiatric illness in two maternal uncles, one of which was hospitalized for Schizophrenia. The other uncle has been non-functional for his adult life. There was no family history of alcoholism or drug abuse.

## PAST PSYCHIATRIC HISTORY:

Mr. Warren stated that in 1988, when he was a sophomore at Old Dominion University, he saw a therapist on one occasion because his grades were poor. However, he denied receiving any other mental health treatment since that time.

## SUBSTANCE ABUSE HISTORY:

Mr. Warren reported first trying alcohol when he was fifteen or sixteen. He acknowledged getting drunk on Friday and Saturday nights for one year when he was attending college. His alcohol consumption then dropped to an occasional glass or two of wine with dinner if he was out.

Mr. Warren was present in New York City and was in the immediate vicinity of the terrorist bombing of the World Trade Center on September 11, 2001. He returned to government service at that time

Page 3
May 17, 2010

To: William R. Martin, Esquire
Re: U.S. v. Andrew Warren

and acknowledged that he began consuming four to six drinks or beers per day on Thursday, Friday and Saturday. His alcohol consumption stopped when he was sent for special training to prepare for going to [          ] in March, 2002. However, when he returned to New York City in July, 2002, he began drinking heavily again from Wednesday through Saturday, although he denied that his drinking ever led to his missing work.

Mr. Warren was next [          ] between January and May, 2003, during which time he did not consume any alcohol. However, after he returned to New York City in May, 2003, his alcohol consumption increased to almost daily. He noted that early in the week he would only consume three or four drinks, while later in the week he would consume five to six drinks each day.

Between July, 2004 and July, 2007, Mr. Warren was [          ] in Cairo, during which time he consumed seven to nine drinks, three days a week. When he was promoted to [          ] Algiers [          ] in July, 2007, he noted that he would drink six or seven drinks approximately four nights per week. He returned to New York City between August, 2008 and March, 2009, during which time he drank four drinks, three or four nights each week.

Mr. Warren stated that on January 28, 2009, after ABC did a story on him and his charges, his drinking increased to four drinks, four or five times a week. However, he also began using cocaine powder at that time and acknowledged that as his drug use increased, especially over the month prior to his arrest, his consumption of alcohol decreased to one or two shots once or twice a week.

Mr. Warren acknowledged developing a tolerance to the effects of alcohol. However, he denied any history of alcohol-induced blackouts, withdrawal tremors, withdrawal seizures or delirium tremens.

Mr. Warren stated that he tried marijuana on one occasion in high school but did not have a reaction and never used the drug again. In 1988, when he was in college, he acknowledged experimenting with cocaine powder approximately one time a month over a six-month period and on one occasion tried mushrooms. He denied using any other illegal drugs until the allegations in the current offense were made public.

Mr. Warren stated that around Christmas, 2008, when he learned he was [          ] in Algeria due to the allegations in the current offense, he used cocaine powder that evening. He stated that the next time he used drugs was the weekend after ABC News did the story on him, at which time he used cocaine powder that weekend and the following weekend. He stated that he was extremely upset about the allegations against him, his losing his job and the story becoming highly public.

Mr. Warren noted that he was terminated from his position without a hearing or without any input from him in March, 2009. He stated that he then began using cocaine powder every weekend, during which time he would consume 3½ grams (an eight-ball) each weekend. He noted that the cocaine would cost him between $120.00 and $150.00 and that he had sufficient funds to pay for the cocaine.

In May, 2009, Mr. Warren stated that he purchased two houses to fix up and sell, at which point he discontinued his use of cocaine, decreased his consumption of alcohol to weekends only and felt that he was

To: William R. Martin, Esquire
Re: U.S. v. Andrew Warren

"getting my life together". However, in late June, 2009, he was indicted and placed on personal recognizance and by early July, 2009 he began periodically using cocaine powder. He noted that initially he would use an eight-ball every other weekend.

Mr. Warren stated that by December, 2009 or January, 2010, his attorneys began losing Motions in Court and he became increasingly anxious and depressed. When he went to purchase cocaine powder, his dealer told him that he was out of powder and offered him crack cocaine. Mr. Warren stated that crack provided a "better high and it was easier to forget". He acknowledged smoking crack approximately twice per month through February, 2010.

Mr. Warren stated that by February, 2010, his attorneys had lost all of their Motions and he began feeling increasingly depressed. His use of crack cocaine escalated to an eight-ball three to four times a week. By March, 2010, when his attorneys began bringing up the topic of a disposition in his case and in view of his having a June trial date, he began using an eight-ball of crack every day, which eventually escalated to one-quarter ounce per day. Prior to his arrest on April 26, 2010, he was using more than a quarter ounce of crack cocaine per day.

Mr. Warren acknowledged trying Ecstasy two times between March and April, 2010. He also noted that he inhaled heroin in March, 2010 on three or four occasions in order to come down from the effects of crack cocaine. He specifically denied ever trying PCP, LSD, pain pills, inhalants, ketamine or intravenous drugs.

PAST MEDICAL HISTORY:

Mr. Warren reported sustaining a number of injuries at the time of his arrest on April 26, 2010. He noted that he was jumped on and tazed three times. During his arrest, he sustained torn ligaments in his left ankle and bruised ribs. He is now wearing a soft brace on his left ankle. During the arrest, he also sustained a blow to the right side of his head which, combined with the tazing, resulted in a loss of consciousness. He noted that he also began experiencing tachycardia for which he was treated with medication.

Mr. Warren reported a history of tachycardia since being stationed in [          ] in 2003, which he noted is precipitated by stress and being confined in closed places. He reported that when stationed overseas, he took Xanax or Valium as needed for anxiety, stress and claustrophobia.

Mr. Warren stated that he was diagnosed with diabetes two years ago after returning from Algeria, although his diabetes is controlled by diet. He noted that he developed a gastric ulcer in 2004 after he returned from [       ] which has been treated with over-the-counter antacids. He also reported a history of rectal bleeding and noted that he underwent a hemorrhoidectomy in the late 1990's.

Mr. Warren stated that he has had recurrent and persistent headaches since 2003 or 2004 that occur several times a week. He described them as dull and occurring both in the back of his head and also in the frontal area. The headaches cause nausea but no vomiting and occasionally cause him to see spots. He stated that the headaches are generally worse with stress and noise.

To: William R. Martin, Esquire
Re: U.S. v. Andrew Warren

Mr. Warren noted that he was involved in a motor vehicle accident in 1990, during which time he sustained a loss of consciousness and a period of post-traumatic amnesia for several days. He has a scar on his forehead from the accident. He noted that he was hospitalized at Chesapeake General Hospital in Chesapeake, Virginia.

Mr. Warren also reported a history of hypercholesterolemia, although he denied currently taking any medication. He specifically denied any history of fractures, seizures, neurological illnesses or infections, fainting spells, sexually-transmitted diseases, HIV infection, hepatitis or tuberculosis. He wears glasses for nearsightedness and noted that he is currently taking a medication to slow his heart rate, although he did not know the name of the medication.

### PAST LEGAL HISTORY:

Mr. Warren denied ever previously being charged with or convicted of a criminal offense as a juvenile or as an adult. He noted that he has a driver's license and that his driver's license has never been suspended or revoked. He also denied ever being charged with Driving While Intoxicated or Driving Under the Influence.

### PERSONAL HISTORY:

Mr. Warren was born on November 30, 1967 and was forty-two years old at the time of the evaluation. He is the youngest of his parents' four children.

Both of Mr. Warren's parents are from the South Hampton, Virginia area. His mother is one of ten children and grew up on a farm. She graduated from high school and went to business school before getting married. His father was one of seven children and also grew up on a farm. His father finished two years at Norfolk State College and received a Certificate in Building Maintenance and Repair. Mr. Warren's parents met through friends, dated for one year and married on June 27, 1957.

Mr. Warren was born and raised in Chesapeake, Virginia. He was the product of a full-term pregnancy and normal vaginal delivery. He walked at nine months and reached his other developmental milestones either early or at the appropriate times. His parents denied that there was any childhood history of bedwetting, firesetting, cruelty to animals or temper tantrums.

Mr. Warren stated that he had a stuttering problem that was treated and gone by the time he was ten years old. He always lived in middle-class neighborhoods and noted that, prior to the eighth grade, he lived in an all African-American neighborhood, after which they moved to a Caucasian neighborhood and Caucasian schools. Mr. Warren noted that he played trumpet and French horn in the school band from the seventh grade on, was active on the wrestling, football and tennis teams, and participated in Student Government.

15

To: William R. Martin, Esquire
Re: U.S. v. Andrew Warren

Mr. Warren's parents stated that Mr. Warren was well-behaved, had many friends and was a good athlete. His mother acknowledged being rather strict and not "sparing the rod" as a primary form of discipline.

Mr. Warren noted that his mother was rather fussy and argumentative and at times quite critical. He described his father as outgoing, easy-going, quiet and "the salt of the earth". He reported having a close relationship with his father, noting that he often worked with his father rehabilitating houses and, on occasion, they would go hunting together. He also stated that he had a close relationship with his two next older siblings and was especially close to Reneé.

Mr. Warren attended public schools, including Great Bridge Elementary for kindergarten through fourth grade and Crestwood Elementary and Crestwood Junior High School for fifth through eighth grade. He noted that these schools were African-American. He then attended Great Bridge Junior High and High School for ninth through twelfth grade and graduated in 1986. Mr. Warren acknowledged being bored in school and did not fully apply himself. He enjoyed participating in a variety of extracurricular activities. Without studying, he was able to remain in the upper middle section of his graduating class.

Mr. Warren stated that he enjoyed fixing things and doing construction work with his father. He also read a great deal and participated on the varsity football, wrestling and tennis teams. He noted that he began studying karate and tae kwon do at the age of seven. He stated that he studied and practiced martial arts intermittently until he left college in 1988, during which time he became reinvolved and by 1993 had obtained two first-degree Black belts.

Mr. Warren attended Old Dominion University in Norfolk, Virginia between 1986 and 1988. He commuted the first semester, after which he lived on campus. He stated that this was his first time away from home and that he focused on drinking and partying which resulted in his being placed on academic probation and leaving school.

Between 1988 and 1989, he lived at home and worked with his father. He enrolled for another semester at Old Dominion but got C's and returned to working and studying martial arts. In 1990, he took a course at Norfolk State University and the following year decided to finish his degree there. He attended Norfolk State between 1991 and 1993, during which time he majored in history. He graduated *Summa Cum Laude* with a Bachelor of Arts in History and a 3.9 grade point average. He noted that during the summer of 1992, he attended classes at Indiana University, where he studied history, political science and did research. He also spent four weeks of his summer in Egypt, which was his first experience directly in the Middle East, during which he wrote a paper on the Middle East peace process.

After graduating from Norfolk State, Mr. Warren attended a Masters Program in Near East studies at Indiana University from 1993 until 1995. He noted that he was on a full scholarship and supplemented his income by teaching martial arts. He stated that during the summers of 1994 and 1995, he was in Jordan, where he studied languages. He noted that he learned Farsi, Arabic and French during his Masters program.

Page 7
May 17, 2010

To: William R. Martin, Esquire
Re: U.S. v. Andrew Warren

Mr. Warren stated that after receiving his Master's degree from Indiana University in 1995, he moved to New York City, where his brother and sister lived, and where he felt there were more opportunities to get an international job. He stated that for a number of years he hoped to be able to work for the CIA. However, he initially obtained a job with Coldwell Banker in their international relocation section while waiting to hear from several government agencies where he had applied.

In September, 1996, Mr. Warren was hired by NSA as a language analyst. He moved to Laurel, Maryland and received many TDY assignments until he was offered a position with the CIA in March, 1997.

Mr. Warren continued to live in Laurel, Maryland for one year before moving to Vienna, Virginia. He noted that he was interested in becoming an operations officer and that he underwent a variety of specific training programs, after which he was _____. _____ beginning in March, 1999. He stated that he had met his wife _____ until the marriage ended. Mr. Warren stated that he had a 9:00 to 5:00 job _____. _____ During his time in _____ he noted that he received two promotions. However, he acknowledged becoming bored with his job and in July, 2001 resigned and moved to New York City. He noted that during the last six months he was in _____ he wrote an historical fiction book.

Mr. Warren obtained a job with Smith Barney in institutional sales and trading beginning on August 1, 2001. He stated that he enjoyed his work but, following 9-11, he felt the urge to return to government service. He noted that he was called that day from the Counterterrorism Center and the following day reported to work on the USS Intrepid that was docked in the Hudson River.

Mr. Warren stated that he was living at Wall Street and Water Street and was only three blocks away from the World Trade Center when the attack occurred on 9-11. He noted that he saw the second plane hit the tower and fires and falling debris and paper. He saw people jumping out of windows and helped people move out of the area. He noted that he felt the shimmy-ing of the buildings and took off running as the towers collapsed.

Mr. Warren stated that he traveled to a variety of different locations after he returned to the Counterterrorism Center, although he continued to maintain an apartment in New York City. In March, 2002, he was sent to _____ for four months. Prior to leaving, he received one week of advanced weapons training. He noted that he was placed in a _____ unit where his job involved collecting intelligence, along with meeting, recruiting _____ individuals. Although he was not a trained soldier, he was required to act in that capacity, along with his job as an intelligence officer. He recalled that on the first day in _____ when a grenade went off, blowing off the arm of one soldier and killing another.

During his time in _____ Mr. Warren stated that he was exposed to frequent combat. He was often shot at and noted that each night their unit had incoming fire, tracers, mortars and rockets. After two months, when they traveled to a second location, one of the men in his unit was killed. Mr. Warren stated

Page 8
May 17, 2010

To: William R. Martin, Esquire
Re: U.S. v. Andrew Warren

that he was with this person when he was struck in the leg and bled out. He also noted that he initially observed and then participated in a variety of [                    ]

Mr. Warren stated that he returned to New York City in July, 2002. By November, he noted that he was having difficulty sleeping and also had problems with focus and concentration. However, in December, 2002, he was informed that he would be going to [                    ]

Mr. Warren arrived in [                    ] in January, 2003 and remained there for 5½ months. [                    ] he noted that he began experiencing difficulties with claustrophobia and that he could not pass the gas mask test. He stated that their outfit was rocketed each night, that they were often shot at and that they traveled in regular trucks that were not armored. During the winter months, there was a great deal of snow and he noted that when they traveled in mountainous areas there were no guardrails and that cars often slipped off cliffs.

Once the war began, Mr. Warren was exposed to severe and intense combat, including firefights and battles with mortars and rockets. In addition to engaging in combat [                    ]

Mr. Warren returned to New York City in June, 2003, at which time he worked on the Terrorist Taskforce. He noted that he spent eighteen-hour days [                    ] as well as traveling throughout the United States and the world. He stated that after he returned to New York, he continued to experience flashbacks of his combat experiences, nightmares, recurrent and intrusive distressing recollections of his combat and [                    ] experiences, irritability and he would become easily startled. He began drinking more heavily and began questioning his prior use of severe interrogation techniques. He became increasingly claustrophobic on elevators, subways and trains and associated the claustrophobia with his previously having to hide under a very heavy bathtub to protect him from rocket fire. He reported difficulties sleeping at night, being very easily startled and being severely concerned for his safety as a result of a reward being offered for his death following his activities in [                    ] As a result of his service, he had received promotions and a variety of decorations and awards.

In July, 2004, Mr. Warren was [                    ] in Cairo, [                    ] He noted that this was a light cover assignment and that he spent much of his time entertaining people [                    ] and performing his various operational activities. He remained in Cairo for three years. He stated that he traveled in armored vehicles every day, which caused him to feel extremely claustrophobic. While in Cairo, he noted that he helped hunt down terrorists and was exposed to periodic gun battles. He continued to have difficulty sleeping, as well as frequent nightmares, and acknowledged drinking and using Valium and Xanax, that were available without a prescription, for more severe anxiety.

Mr. Warren was promoted to [                    ] in Algiers in August, 2007. He noted that he ran all of the [                    ] from that location [                    ]

Page 9
May 17, 2010

To: William R. Martin, Esquire
Re: U.S. v. Andrew Warren

[_____] During his time in Algiers, he stated that there were twenty-seven attacks on the American Embassy. In addition, in December, 2007, two buildings near where he lived were blown up. He noted that he was called back to the United States in October, 2008 as a result of the allegations against him.

Mr. Warren stated that he reached puberty around the age of twelve and denied ever being subjected to sexual abuse or molestation. He had his first heterosexual experience at the age of sixteen and denied any history of heterosexual difficulties or homosexual experiences.

Mr. Warren noted that he met his wife in 1997 [_____] They dated for 1½ years before marrying. He noted that they did not have much in common [_____] experience. They broke up while [_____] after six months.

Mr. Warren noted that he has had several other serious relationships; however, long-term relationships were difficult as a result of his working long hours, his sleep difficulty, his being easily startled and his frequent travel. He denied ever being abusive to women in any of his relationships.

HISTORY OF CURRENT OFFENSE:

The allegations in the Indictment and other formal paperwork will not be reviewed here. Mr. Warren denied engaging in any inappropriate conduct with Person A or Person B. He indicated that his sexual involvement with both of these women was consensual and he believed that these allegations were made to get him removed from his position [_____] in Algiers.

HISTORY OF EVENTS LEADING TO CURRENT ARREST:

Mr. Warren was called back from Algeria in October, 2008. Around Christmas, he was told that he was [_____] and being put on administrative leave. As noted previously, he used some cocaine powder when he learned of his demotion and the allegations against him. He stated that he went to live with his sister, Renee, in New York City in January 2009 and returned to Norfolk in April, 2009.

Mr. Warren stated that the loss of his job, the allegations against him, the criminal charges and the public exposure of all of these events led to his becoming increasingly depressed. In addition, he was continuing to have ongoing symptoms related to his prior combat and work experiences and turned to alcohol and cocaine to escape the disturbing thoughts and feelings related to those stressors.

Mr. Warren stated that his depression worsened considerably as he and his legal team began losing different Motions.

Shortly before his arrest, he stated that a neighbor swore out a warrant claiming that he had exposed himself to her. He reported that this neighbor had come to his house to look at the improvements that he had made, after which he went to her house to see her improvements. He noted that he went to the bathroom but denied deliberately exposing himself to her.

Page 10
May 17, 2010

To: William R. Martin, Esquire
Re: U.S. v. Andrew Warren

Mr. Warren stated that he had tried to keep himself busy and not think about his problems by doing work. However, the allegation by his neighbor, combined with all of the other stressors, led to Mr. Warren going on a crack cocaine binge. He stated that he had previously been on top of the world and now was accused of sexual assault, was fired, had hurt family and friends, was now accused of indecent exposure and he became increasingly preoccupied with his thoughts and actions while he was[                    ] "Crack got rid of the pain. As soon as I got sober, I did more. I was afraid I'd be arrested, I'd have my bail revoked. I was going to jail anyway, so I just began using crack."

Prior to his arrest, Mr. Warren reported having a severe sleep disturbance, nightmares and ruminations about his prior traumas.

Mr. Warren noted that on the day of his arrest, he had smoked approximately one-quarter ounce of cocaine. He denied having used any alcohol or heroin. He recalled being in a room with two men and a woman, all getting high, when the police called his room and told the others to leave. Mr. Warren acknowledged having a weapon with him but denied any intention of using that weapon. He stated that he exited the hotel room and got down on his knees as instructed. He said that he heard shouting, saw a sniper bead on him and recalled getting up, and inching backward when the police charged, tasered him and jumped on him. He stated that he was subsequently taken to Centara Norfolk General Hospital where they prescribed nitroglycerin and Ativan and x-rays were taken.

Mr. Warren further stated that he was not aware of the date for his Status Hearing. However, he was afraid that, as a result of his neighbor's complaint, he would be arrested and would have been found to violate the conditions of his pretrial release.

FAMILY INTERVIEWS:

Mr. Warren's parents noted that he changed dramatically after returning from[                ]They stated that he always seemed to be afraid, believed that people were coming to get him and that he kept the doors closed and frequently changed the locks. They described him as hyperactive, irritable and noted that he could not stay still. They also noted that he felt that others were out to kill him, although he could not specifically talk about the cause of his problems.

Mr. Warren's parents stated that after he returned to the United States in November, 2008 and learned that he was going to be prosecuted, he became increasingly suspicious and isolated. They noted that several months prior to his arrest, he had put up a six foot fence around his house. During the weeks prior to his arrest, his behavior changed significantly. They recalled that on one occasion he left his car in the middle of the street for no reason. On another occasion, he broke a glass window to get into his parents' home, even though his parents were home at the time. They noted that he gave strange answers to questions, that he overate and that he had become increasingly forgetful. They also reported that he stopped helping his father with construction work and that he was extremely irritable. His father stated that he was looking into getting Mr. Warren mental health treatment prior to his arrest.

Page 11
May 17, 2010

To: William R. Martin, Esquire
Re: U.S. v. Andrew Warren

Reneé Warren noted that Mr. Warren periodically spoke with her when he was in [        ]. She recalled hearing explosions in the background and stated that Mr. Warren told her that he could not talk about what occurred except for saying, "You wouldn't believe". She recalled picking Mr. Warren up at JFK Airport following his time in [        ]. She stated that he stayed with her and that during this time he was easily startled, anxious, hyperalert, felt that others were after him and reported having paranoid dreams. She also noted that he continued to carry a gun.

Ms. Warren stated that after Mr. Warren returned to the United States in November, 2008, he appeared devastated by the allegations against him. She noted that Mr. Warren had always been very chivalrous with the women that he dated and that he was never aggressive with women. She stated that during the weeks prior to his arrest, he became increasingly isolated and agitated and that he spoke very quickly. She also noted that during the months prior to his arrest, he discussed the issue of killing himself and that during the weeks prior to his arrest she became increasingly concerned about his feeling suicidal and avoiding his family and his lawyer.

MENTAL STATUS EXAMINATION:

Andrew Warren is a forty-two year old, light-skinned, African-American man, who looked his stated height of six feet, two inches and weight of 235 pounds. He was balding, had a notable scar in the middle of his forehead and denied having any tattoos or body piercings. He had a soft brace on his left ankle as a result of the injury that he sustained at the time of his arrest.

During the evaluation, Mr. Warren was cooperative in responding to all questions asked of him. He did not display any abnormal behaviors, tics or mannerisms. His speech was coherent, relevant and goal-directed, showing an adequate comprehension of questions. Affective responses revealed considerable anxiety, especially when talking about the numerous traumatic events that he had been exposed to previously. In addition, he appeared to be depressed about his current legal situation. He reported continuing difficulties sleeping at night, as well as having nightmares concerning his combat and other work experiences in [        ].

Thought processes revealed no evidence of looseness of associations, tangentiality and circumstantiality. Thought content was devoid of delusions, hallucinations, ideas of reference or other phenomena suggestive of a psychosis. Mr. Warren denied any current suicidal or homicidal ideation.

Mr. Warren reported being right-handed, right-footed but left-eyed. Intellectually, he impressed this examiner as functioning well above average. He did not display any difficulties in his immediate recall, short-term memory or long-term memory. He was alert and oriented to time, person, place and situation.

Overall, the mental status examination revealed evidence of ongoing anxiety and depression related to his prior trauma exposure, as well as his current legal situation. There was no evidence of psychosis or cognitive impairment.

To: William R. Martin, Esquire
Re: U.S. v. Andrew Warren

## PSYCHOLOGICAL TESTING:

Mr. Warren had a valid profile on the PAI. The clinical scales revealed significant elevations across a number of different scales, suggesting a person with a history of substance abuse problems, who is quite unhappy and pessimistic. The profile indicated that his drug use has probably led to severe impairment in his ability to maintain his social role expectations and his behavior has most likely alienated many of the people who were once close to him. The profile suggested that his depression could be driving his use of drugs. He indicated that his use of drugs has had many negative consequences on his life.

Testing also revealed evidence of a significant depressive experience. Mr. Warren's depression seems primarily marked by affective features, such as feelings of sadness, loss of interest in normal activities and a loss of sense of pleasure in things that were previously enjoyed. His profile indicated that alcohol has had a negative impact on his life. The profile also revealed concerns about his physical functioning and health matters in general. He reported experiencing some degree of anxiety and stress.

Mr. Warren reported experiencing periodic and perhaps transient thoughts of self-harm. He tested as pessimistic and unhappy about his prospects for the future. His interest in and motivation for treatment are typical for individuals being seen in treatment settings. His responses suggest an acknowledgment of important problems and the perception of a need for help in dealing with these problems. He reports a positive attitude toward the possibility of personal change, the value of therapy and the importance of personal responsibility. He reports a number of other strengths that are positive indications for a relatively smooth treatment process and a reasonably good prognosis.

Mr. Warren's PAI profile suggested diagnostic considerations of Drug and Alcohol Abuse and Depression. He also endorsed several items associated with traumatic stress.

Mr. Warren had an invalid profile on the DAPS due to an elevation on the Negative Bias (NB) scale. The scores on the NB scale represent the endorsement level of statistically unusual phenomena or seemingly unlikely experiences that most individuals in a normative sample did not endorse to any significant extent. Although Mr. Warren may have over-endorsed these items to convey the extent of his trauma-related distress, individuals with chronic substance abuse and Mr. Warren's specific history of unusual experiences likely contributed to the elevated score on the NB scale.

## ASSESSMENT:

Andrew Warren is a forty-two year old man, who is currently charged with Sexual Abuse in the Special Maritime and Territorial Jurisdiction of the United States in an offense that allegedly occurred on February 17, 2008 in the People's Democratic Republic of Algeria. He was on pretrial release when he failed to show up for a Status Hearing in Norfolk, Virginia. He was subsequently arrested on April 26, 2010.

Page 13
May 17, 2010

To: William R. Martin, Esquire
Re: U.S. v. Andrew Warren

Mr. Warren was the youngest of his parents' four children. He grew up in an intact, middle-class family where he did well in school and had many friends. He was not particularly motivated to achieve in college initially, although after working for some time, he returned to school, applied himself, did extremely well, traveled to the Middle East and became interested in government service and hopefully working for the CIA. He obtained a Masters Degree in Middle East Studies, learned multiple foreign languages, including Arabic and Farsi, and eventually began working for the CIA. He left the CIA briefly but returned to the Agency after 9-11. He noted that he was actually present and near the World Trade Center at the time of the disaster. He was subsequently _____ during which time he was exposed to frequent and severe combat, _____ He had additional assignments in Cairo and then Algiers, where he continued his covert activities and was exposed to additional life-threatening experiences.

Following his return from ____ Mr. Warren experienced clinically significant symptoms of anxiety related to traumatic stress. He reported a history of recurrent and intrusive distressing recollections of prior traumas, recurrent distressing dreams of those traumas, acting or feeling as if the traumatic events were recurring, and intense psychological distress and physiological reactivity on exposure to events that symbolized or resembled aspects of the traumatic events. He reported a history of general numbing of responsiveness associated with these traumas, including efforts to avoid thoughts, feelings or conversations associated with traumatic events, feelings of detachment or estrangement from others, a restricted range of affect and a sense of a foreshortened future. He described experiencing persistent symptoms of increased arousal, including difficulty falling or staying asleep, irritability, difficulty concentrating, hypervigilance and exaggerated startle response. Mr. Warren also reported a number of physical symptoms associated with traumatic stress, including recurrent bouts of tachycardia, claustrophobia, a gastric ulcer and stress-related headaches.

On returning to the United States and then during his subsequent assignments in Cairo and Algeria, Mr. Warren coped with his clinically significant anxiety symptoms by excessive consumption of alcohol. While stationed in Cairo and Algiers, he also self-medicated with readily available Xanax and Valium.

After Mr. Warren was removed from his position as _____ was fired and was facing criminal charges, he became increasingly depressed. He not only continued to abuse alcohol but also began abusing cocaine powder and then crack cocaine in order to escape from his increasingly severe depression and anxiety. Prior to his arrest, Mr. Warren's depression had become severe as a result of his defense Motions having been rejected and his facing a new allegation of indecent exposure. He noted that he was not aware of the Status Hearing that he missed, although at that time he became so depressed that he went on a crack cocaine binge in order to escape as best he could from overwhelming feelings of depression and anxiety.

As a result of my forensic psychiatric evaluation, it is my opinion, to a reasonable degree of medical certainty, that, at the time of his arrest, Andrew Warren was suffering from the following mental disorders:

1.   Major Depressive Disorder, Single Episode, Severe, Without Psychotic Features (DSM-IV-TR: 296.23);

Page 14
May 17, 2010

To: William R. Martin, Esquire
Re: U.S. v. Andrew Warren

2.    Posttraumatic Stress Disorder, Chronic (DSM-IV-TR: 309.81);
3.    Cocaine Intoxication (DSM-IV-TR: 292.89);
4.    Cocaine Dependence (DSM-IV-TR: 304.20); and,
5.    Alcohol Abuse (DSM-IV-TR: 305.00).

Mr. Warren had been a highly functional individual throughout much of his adult life. Although he continued to function quite well during his time in the CIA, he was clearly self-medicating his symptoms of posttraumatic stress with alcohol and while overseas with readily available minor tranquilizers. Following his being fired and charged with the current offense, he also became clinically depressed. When his depression and post-traumatic anxiety escalated and was not adequately controlled by alcohol alone, he turned to cocaine powder and then crack cocaine to escape from his severe anxiety and depression.

It is my opinion, to a reasonable degree of medical certainty, that Andrew Warren is very much in need of ongoing treatment for the above-noted mental disorders. He is a very bright man, who recognizes that he has significant emotional and substance abuse difficulties and at the present time appears to be motivated for treatment. I strongly recommend referral to a residential dual-diagnosis program that would be capable of addressing his substance abuse difficulties, along with his depression and Posttraumatic Stress Disorder. Even though Mr. Warren will continue to experience stress as a result of his criminal charges, the proposed treatment will be able to lessen the severity of his depression and anxiety and begin to provide him with the skills to manage those disorders without resorting to alcohol or illegal drugs. Treatment in a dual-diagnosis residential program is strongly recommended regardless of the outcome or disposition in his pending criminal matter.

Respectfully submitted,

*Neil Blumberg, MD*

Neil Blumberg, M.D., D.F.A.P.A.

NB:esp

# EXHIBIT 15

Rola Warren

A.

July 16, 2010

The Honorable Ellen Segal Huvelle,
United States District Court Judge
United States District Court Judge for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvelle,
I am Rola Warren (Mrs) Office Manager Retired, Currently Volunteer working with the Disabled American Veterans, Norfolk, VA. I am Written on behalf of my son Condreed Warren.
Andrew with the Samariten's Outreach minister by assisting the seniors in what ever their reach may be. When he was living home he went to Sunday School & church he work in the church, whatever he was ask to do he did it with a smile, while he was in school he did his home work without telling him and made very very good grades. Andrew did not give us any trouble at School, home or in our Community. He was a good son. Andrew loves to read, I took them to the library to check out books.
When he major in History, & finish he decided to work oversea to help his country. I was so afraid for his life. I kept him always in my prayer the Lord our God sent him home. I Thank God each day, so Please, Please be lenient and show mercy.

Thank you very much Andrew Warren's Mother.

Sincerely,
Mrs. Rola Warren

15 A

$\mathcal{B}$

Rev. Lewis Warren

The Honorable Ellen Segal Huvell
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell,

I am Andrew Warren's father and have written on behalf of my son. Andrew was a good son and has never given me any problems at home or school. He did what he was told with a smile on his face.

He has assisted me with my Samaritan Outreach Ministry, which I am the pastor of. He was honored by Norfolk State University for his outstanding achievement. He always gave freely of his time to the United States Government.

He had a job offer from Wall Street but his love to serve his country overwhelmed his offer. After serving in the war he returned home a different person.

I thank the court for taking the time to read this letter.

Sincerely,

Rev. Lewis M Warren
Rev. Lewis Warren
pastor Samaritan Outreach Ministry

**15 B**

Kenneth Reeth                                                                    22 July 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

Here I offer testimony based on my professional and personal knowledge of Andrew Warren, who will
stand before your court for sentencing. I
served abroad for 21 years mostly in Africa and the Middle East.

**15 C**

Personal level: Andrew and I bonded in a short period, even though my own style is more mainstream.

Andrew had abundant qualities: formidable intelligence and work ethic, confidence, tireless dedication to the mission, a willingness to break china when necessary.

But, an officer like this also creates antagonisms, and Andrew was still too junior to take the institutional and procedural risks he did.

When Andrew's problems began in 2008, I considered the dynamic of unmarried Algerian women, after many months of silence, making allegations of forced sex. It felt wrong: almost every Thursday or Friday night but Embassy's Marine House hosted a party and invited single Algerian females who were westernized, smoked, drank alcohol, and cycled through American "boyfriends." For single American men, intimate relations with Algerian women did not require drugs or coercion. There was also the matter of Algerian women making allegations about who would have the clout to induce unmarried Algerian women to make allegations that would also be personally damaging to themselves and their families. I should say, this was just my speculation.

Andrew's personal life: He lived in a large, well-appointed house But, his leisure hours were few because of his heavy work schedule. He had an impressive personal library, including reference volumes on Islamic history that I haven't seen since grad school. A painting by his artist sister hung on his wall. I offered to buy it but Andrew said it was not for sale. He entertained at home, professionally and socially. Most of his carpets were rolled up, still in their packing materials from his previous tour in Egypt; he told me he hadn't had time to set the house up properly. He had an elderly cook/housekeeper who quickly put together a lunch for five visitors that Andrew hosted. He wore an expensive watch that I thought was ostentatious; he told me it was a "prop" to gain the respect. He was right about this; wearing the right watch and driving a Mercedes have impact throughout the Arab world.

I remember commenting that living in a large house alone can be difficult. Andrew told me about the

failure of his marriage and about being lonely. He said that short-term relationships were no substitute for long term companionship. He felt old sometimes. When I told him to lose 30 pounds, he sucked in his stomach and pouted.

I wondered how long he could stand the pace of tense and demanding workdays, social activities at night, and the absence of anyone close to confide in. Hard-driving as Andrew was, I sensed he had a need to talk. He did talk with me about one of his grandmothers, his parents, brother and sister. He clearly loved and admired his siblings and considered himself the least successful of the bunch. I thought differently. Andrew's trajectory was impressive: he had learned Arabic, lived in the Middle East, and converted to Islam before his career began. The volumes on his wall showed genuine intellectual interest. He had studied martial arts and published a novel. When I asked why he had set the novel in Algeria, he explained he had picked a country he had never been to and figured he would never serve in to ensure compliance with publication rules.

I would describe Andrew as a manager who had strong leadership skills but lacked experience. He expected his subordinates to work as hard as he did and not to make mistakes. When he directed that something should be done, he monitored closely and quickly reprimanded if it remained outstanding too long. He was adaptive and invited correction himself. If I occasionally urged him to be more patient, I could see him controlling himself the next time something similar happened. He was capable of developing strongly effective personal relations; he had far better direct and personal relationships with U.S. Military North African command                    He is emotionally demonstrative. He smiles with warmth and praises with conviction. His sense of justice is searching and grounded in fundamental respect for others. He fears failure. I never saw him do anything or heard him say anything that was reproachable although he was naturally blunt. His fundamental duties were to serve and protect and he took these seriously. He was responsible to a fault (if this is possible) with emotional drives and intellectual interests that were mostly but not entirely congruent with his professional duties. He was informed and held convictions passionately. We talked about race and religion, obedience and resistance. He is proud to be a black American. He is generous; I never detected a speck of selfishness in him.

I would not say that Andrew's strong personality had a salutary impact in every instance. He can be more expressive, candid, or demanding than some will easily tolerate. But, he is honest, struggles with himself, and has bedrock integrity together with a great zest for life and challenge. I can be an unsparingly judge of character. He was not always easy company but he passed my tests. I was proud to work with him and know him.

Everything I know about Andrew Warren tells me he is a man of decency, humanity, and responsibility who does not present a harm to others, whose judgment is mostly sound, who is still learning to be better, and who wants to serve his country and community. I beg the court to measure the whole man and consider his past and potential contributions against his flaws when sentencing.

Sincerely yours,

Ken Beeth

D.

7/18/10                                    Stephen C. Denny

The Honorable Ellen Segal Huvell
United States District Court Judge
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

By way of background, please allow me to introduce myself. I am a graduate of The Citadel where I was a member of the Honor Committee; a former Naval Officer and a ten year veteran of the FBI. Since leaving government service I have worked as a business executive and often consult on matters relating to national security. I write to you on behalf of Andrew Warren.

Andrew and I met professionally in the aftermath of 9/11/01. I was a Special Agent assigned to the NYC FBI Joint Terrorism Task Force in 2001 when I witnessed the horrific events in September of that year. During the days following, many from the Intelligence community worked side by side to keep the country from sustaining another similar attack. Andrew and I worked many hours together, as assigned, and many more hours above and beyond the call. We quickly became friends sharing a strong sense of duty and a sincerity of purpose that always led us to serve our country diligently while keeping in mind the higher moral obligations both of our families instilled as an integral part of our foundational characters.

I have met two of Andrew's siblings. I consider them both to be amongst the finest people I know. It is worth mentioning, because of Andrew and his sister Renee I met their childhood friend, Traci, whom I married and now have a wonderful family of four. Beyond the very close and personal relationship, however, I must confess a deep personal conflict. The Andrew that I know and the Andrew portrayed by the described conviction are drastically incongruent. Andrew is a brilliant man with a spiritual compass that helped guide me toward understanding when I saw only anger toward a people I only knew through investigating terrorism. As a person who has, even as a young man, pondered questions and issues of integrity, honor and justice, it naturally causes me deep concern to bear witness to a person's character who has pled guilty to such criminal charges. However, after extended deliberation I have come to the conclusion that I am honor bound to do so where good exists. The Andrew I know is simply a good man.

Your honor, it is with a clear conscience and the highest respect for our justice system that I ask the Court to consider leniency in the sentencing of Andrew Warren. Thank you for taking the time to read this letter as you deliberate on this matter.

Respectfully,

Stephen C. Denny

**15 D**

*E*

**NSU**
NORFOLK STATE UNIVERSITY

Cassandra L. Newby-Alexander, Ph.D.

July 19, 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

     I am a professor of history at Norfolk State University. As a Norfolk native who received my B.A. from the University of Virginia and my Ph.D. from the College of William and Mary in May 1992, I have much invested in the people and events in Hampton Roads. My personal and professional interests have positioned me to know a number of individuals throughout Virginia, including one of our university's most promising students: Andrew Warren.

It has been my honor and pleasure to have known Andrew Warren for the past 18 years. Since my first introduction to Andrew, he has impressed me with his intelligence, ingenuity, kindness, and ambition. Andrew was one of the "stars" of our history department at Norfolk State University. My husband, William Alexander, took Andrew under his wing, encouraging him to apply for entrance into the graduate program in Arabic Studies at Indiana University and to pursue his dream of entering into the diplomatic corps. Not unexpectedly, Andrew performed brilliantly at Indiana University and was quickly hired in the [               ]. From all accounts, his performance was outstanding and he was fully expected to one day become an [               ]

After graduating from NSU, Andrew kept in contact with his professors and many of his fellow students, encouraging them to pursue graduate or professional opportunities and entering the service of the State Department. Every year or two, Andrew would make a point of visiting his department and spending time catching up with all of us, offering his services whenever he was able to assist and mentor promising students. Few alumni were as dedicated as Andrew in lending his time and expertise for others.

It is my hope that given Andrew's kindness to others and his dedication to serving as a mentor to students, that the Court will take these factors into consideration as it decides his fate. Thank you for taking the time to read my letter and consider my respectful request that the Court consider a lenient sentence for a young man who can still contribute much to society.

Sincerely,



Cassandra L. Newby-Alexander
Professor of History

*Achieving With Excellence*                                        *An Equal Opportunity Employer*

**15 E**

F.

3041 Edison Hwy.

15 July 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

I am a retired U.S. Army officer with a second career in academia. I am writing this to give you a sense of Andrew Warren's character based on my acquaintance of him since 1992. I met Andrew while I was on the faculty of Norfolk State University in Norfolk, Virginia. I was teaching in the history department there at the time. Andrew enrolled in three of my courses: Latin American history, U.S. foreign policy and U.S. military history. He was a superb student—interested, enthusiastic, and hardworking. I came to think highly of him as a student and generally as a fine young man. He was clearly one of the finest students and individuals that I encountered at NSU and also at Old Dominion and the College of William and Mary. I subsequently recommended Andrew for the graduate program in Arabic studies at Indiana University where I understand he again excelled as a student.

I continued, along with my wife, to have a social relationship with Andrew after he graduated and began a career. He was a dinner guest in our home on numerous occasions. I got to know his parents and other members of the Warren family and grew to think the world of them as truly outstanding citizens of their communities.  In 1999 I attended Andrew's wedding in Chicago and again visited with the Warren family. After 2000, we visited Andrew in New York on two occasions and he later spent a weekend with my wife and me on our farm in Georgia.

Throughout our relationship I have always had the impression that Andrew was of good character. From my personal observation of him I have never had reason to think otherwise.

Sincerely,

Paul C. Clark, Jr., PhD.

6.

Elva Anderson

July 18, 2010

The Honorable Ellen Segal Huvelle
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvelle:

My name is Elva Anderson and it is with respect and honor that I write on behalf of
Andrew Warren. I am a wife, a mother and a licensed professional counselor in
Washington, DC and when I scribe this letter, my totality of who I am encompasses my
support for Andrew Warren. I am a family friend of Andrew and have known the Warren
family for over 20 years. I met Andrew through his sister Renee Warren who is one of
my dearest and best friends and I have known since the age of 14. Thus, I find it
important and vital to give my personal response to facilitate support in Andrew
Warren's case. I am in hopes that this letter will support Andrew's character and will
show that by knowing him personally and professionally he has instilled seeds of hope in
my personal and professional quest for greatness.

I have known Andrew in a personal and professional capacity. My first memories of
Andrew are with his interactions with his family and witnessing the bond that the Warren
family has for each other. To witness the Warren family and be apart of their family
gatherings such as Thanksgiving Day dinners, I can testify Andrew's character of having
authenticity in deep family values and honoring these values.
 In addition to my family's values, faith and traditions, I have incorporated some of the
Warren's family deep loyalty and love for tradition to my family. I can attest that our two
families have similar upbringings and beliefs in ideals such as hard work, prayer, pride in
family, faith in this country and the drive for the American dream.
Andrew has met many of his life's goals and I can remember him turning down the
opportunity to seek a doctorate degree for he deferred to serve this country. I was in awe
with his passion and belief to set aside his educational journey and to be of service to his
commitment. His commitment to his career and his devotion to this country has been
inspirational to me. Andrew has accomplished so much on many levels like when he was

**15 G**

in search of an artist to illustrate a map in his published book, he so graciously included my talent in his accomplishment.  Andrew has always shared his victories with his family and me.  And, I am humbled to be included in this set back; this is just a reminder of how I am committed in support of Andrew and stand faithfully by him. Andrew is in my prayers and will remain a part of my family near or far.

In closing, I want to thank the Court for taking the time to read my letter and would be so thankful that the Court shows leniency and gracious mercy in sentencing Andrew Warren.

Sincerely,

Elva Anderson

*H.*

Anne (Brisson) Malin

July 16, 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

My name is Anne (Brisson) Malin. I am the Director of Operations for the Global Health
Research Center of Central Asia at the Columbia University School of Social Work. I
have been conducting HIV and STD prevention intervention research in post-war settings
since 2002. The target populations I work with are female sex workers, injection drug
users, and migrant workers. In 2003-2004 I was the recipient of a U.S. Fulbright Scholar
Award in Kosovo and taught a course on Social Policy in the Department of Psychology
at the Pristina University, and wrote a comprehensive document on the substance abuse
treatment system in post-war Kosovo. I am writing to you today, this letter of support for
Andrew Warren. I have never worked professionally with Andrew, he is a former
boyfriend of mine and we dated in 2006. While long distance romantic relationships are
difficult, we ended up going our separate ways but we stayed in touch and to this day I
have respect for him and am glad I had met him as meeting him enriched my life.

It is in this capacity that I write to you and share what I know of him and ask that you
consider leniency in his sentencing. When we met, we had so much in common. We
shared an interest in history, foreign travel, and politics. We talked a lot about family,
religion, race in America, and about the humanitarian and development aide work I do in
post-war settings. When we met I had just finished reading a book on Zoroastrian
religion as I had visited a museum in Tajikistan that had related artifacts from 2,000 years
ago. I was amazed when I met Andrew that he knew about this religion and about far
away parts of the world where I worked. We had the most engaging discussions and
shared the belief that humans no matter where they live or in what conditions, share
similar values of commitment to family and leading a good life. I understand the
devastation that war has on communities and civilians, and I also know the impact of
combat and war on military and related professionals. We ask a lot of the men and
women in and out of uniform, and the work can take a toll. It does not excuse behaviors
but it needs to be understood. I work with people who have witnessed and experienced
the horrors of war and move on with their lives. I also have personally known several
soldiers who have suffered war-related PTSD and I know human nature, failings,
bravery, and compassion, all can become intertwined.

**15 H**

I know from the time I spent with Andrew that he loves his family and country and truly believed he was helping the world become a safer place.  I was shocked when I read the allegations against him as those were not the man I knew.  I know Andrew as a smart, respectful, generous, and interesting man, and someone who strived for success in all aspects of his life.  He had a passion for writing and was very proud of serving his country.   I do not know all he was asked to do to serve our country but from my experience working with civilians and soldiers in post-war countries I do know that sometimes life experiences can impact people.  This does not excuse behavior but it is part of the whole story of a person and the life they experience.

Thank you for taking the time to read this letter and I appreciate your consideration of a lenient sentence.  I know Andrew has pleaded guilty and I am writing this letter asking you to consider the whole spectrum of his life and contributions.  I do know Andrew is a good person and he has touched the lives of many people in a positive way, including me.

Sincerely,

Anne (Brisson) Malin, MPH, PhD

Eric L. Sellers, Commander

July 26, 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United states District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvell:

As Commander of Disabled American Veterans (DAV) Chapter 4In the City of Norfolk, I have the opportunity to meet with many people who have chosen to spend their lives in harms way while serving others. This is how I have come to know of Andrew Warren. He and the Warren Family have spent years serving others with their time, attention, resources, and even their financial support. Together, we provide services to thousands of current and former service members from the Hampton Roads area.

The positive effect that Andrew Warren's service to this county has had may not ever be fully noted in books and in historical documents, but I feel that it is important to note that his actions have helped to keep us free. On numerous occasions, it has been his alertness, attention to detail, and an understanding of complex systems that his career has provided that have helped this country to avoid major crisis and troubles. He has spent years moving abroad and sacrificed relationships and close ties with friends and family to do so. He has organized and led groups of this nations heros into places that most do not know and will never know. Andrew Warren has sacrificed his freedom for years already to provide for the common good and promote the general welfare.

Thank you for your consideration of these thoughts. Please consider my final statement above when determining the sentence that is appropriate for Andrew Warren, Friend of the United States of America.

Sincerely,

Eric L. Sellers,

**15 I**

July 28, 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

I, William E. Ward, have known Andrew Warren and the Warren family for over 40 years. We were neighbors in the Fernwood Farms section of Chesapeake, Virginia for over two decades. During that period of time I came to know the Warren family very well. Both Mr. Lewis Warren, Sr. and Mrs. Warren, stalwarts in the City, raised four outstanding youth (2 boys and 2 girls). Each excelled in the City's schools and went on to college. Subsequently, Andrew and his siblings assumed positions of leadership in the country.

I am writing on behalf of Andrew Warren, the youngest Warren child. Andrew, like his brother and sisters, grew up with my son and daughter and attended school together. Andrew was always a respectful and mannerly young man. During my tenure as Chesapeake City Councilman and later Mayor (1978-2004), I often visited the public schools. I was delighted to learn when visiting Great Bridge High school that Andrew was doing well academically and was a school leader. At an early age, it was evident that Andrew was special and would be a contributing and productive citizen of society.

After high school Andrew attended Norfolk State University (NSU) where I was a Professor of History and later Chairman of the History Department. He was a history major which provided me an opportunity to personally observe him for four years. He excelled in his classes at NSU and assumed several leadership roles in the Department and the University. Again, while still young Andrew demonstrated leadership abilities beyond that of most of his peers.

I tracked his progress at Indiana University during his graduate studies and often talked with him when he returned home or visited the NSU campus. I was impressed with his deep desire to serve his country in some meaningful way. In later years, I learned that he was in the US Army and doing well. Andrew, a true patriot, always expressed his love for country and the military. It is understandable that he rose through the ranks in a relatively short period of time.

I appeal to the Honorable Court to weigh the accomplishments of Andrew Warren, still young in life, against what extended incarceration will do to this young man who still has the potential to be a contributing and productive citizen. Look into his eyes and the heart of his soul and seek to find the redemptive spirit therein. I respectfully ask the Honorable Court for leniency in sentencing Andrew Warren.

15 J

Thank you.

William E. Ward, Ph.D.

Jul.23.2010  11:28 PM                                    PAGE.  1/  1

K

Octavius Reid

July 16, 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

I am writing in support of Andrew Warren who I've known for more than 15 years. I met him through his family and we have been personal and business friends for years. I meet many people in my profession and some stand out for many reasons. Andrew stood out amongst others because he had a purpose – I instantly knew he loved his country and would fight for America.

He always spoke of how proud he was to work for our government. We didn't speak as often as I or he would like for it was difficult at times for him to contact me, other friends or business colleagues while he was in a [        ].

I recall the day Andrew called me to tell me that he was leaving the government to work on Wall Street. He said he was simply tired and really needed a break from being overseas. At the time, I didn't know that he worked for the Agency; I just knew he worked for the [        ] and was always traveling. He explained that being away from family and friends had gotten the best of him. While he enjoyed working for the U.S., he thought he had served his time and he was ready to do something else. I wished him well. I can't remember how soon after that, I received another call from him (it seemed like just weeks) but this time he was telling me that he MUST return back to the Middle East for his country needed him. This was just after 9/11, and he had been working in the private sector for just a short time; but he felt that it was a stronger need and purpose for him - he had to SERVE his country. He said it with such emotion and pride that he was returning to the Middle East. He was putting his life on the front line. I admired that.

I felt honored to know Andrew, as he was a hero, fighting for our country and preserving our rights. He comes from a solid church-going family that works hard daily to contribute to society as Andrew once did. They have all been tragically affected, as has Andrew, by the recent situation. I became alarmed personally and reached out to his sister, Renee, a year ago because Andrew's behavior seemed unusual. I realize that often times when people go to [        ] they may not always return to us the same as they left. I was reaching out to his sister to make sure Andrew was O.K. I didn't want to pry as I know it was a touchy subject and she may not have wanted to speak about it. So, I just let her and her brother, Lewis, know that if they needed anything, they could call. I did and continue to pray for Andrew and the family. I hope that Andrew receives any medical help he needs and return to us, his friends and family, the same Andrew that left for the Middle East – the bright, courageous, intelligent, and honorable – soldier that America signed up many years ago.

I thank the Court for taking the time to read my letter and respectfully ask that the Court for leniency in sentencing Andrew to time served and/or community service.

Sincerely,

Octavius Reid

**15 K**

$L$,

Arthur J. Robinson III

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court Judge for the District of Columbia
333 Constitution Ave. NW.
Washington, DC 20001

Dear Judge Huvell:

My name is Arthur Robinson, I am writing this letter in support of my friend Andrew Warren.

Andrew and I became friends in 1986 when he was a freshman and I was a sophomore at Old Dominion University. Andrew is a very loyal, and caring friend. Andrew is also a patriot, tremendously dedicated to the United States of America. He has also served his community as a mentor and a teacher of martial arts to children for many years. Andrew and I became roommates during my senior year at Old Dominion where he often gave guidance to other roommates, suggesting that they spend more time studying and less time participating in the trappings of youth. Andrew has a lot to offer society and I truly believe given the opportunity he will go on to once again become a tremendous productive member of society.

Your Honor, thank you for taking the time to read my letter and I hope you are moved to consider leniency for Andrew.

Sincerely,

Arthur J. Robinson III

**15 L**

M

Ronda Brown Esaw, Esq.

July 20, 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

My name is Ronda Brown Esaw. I am attorney with McGuireWoods LLP in McLean,
Virginia. I have been practicing with McGuireWoods for more than fifteen years. I
currently reside in Maryland with my husband and son. I am writing to show my support
for Andrew Warren and to provide you with some insight from someone who has known
Andrew since high school.

I met Andrew during my junior year in high school in Virginia Beach, Virginia. At that
time, Andrew was a senior in high school in Chesapeake, Virginia. We dated for a
couple of years, and Andrew escorted me to my senior prom and was also my escort for
my debutante ball in 1987. Andrew was always the consummate gentleman, and even at
the age of nineteen, graciously endured the weekly dance lessons we had to attend prior
to my debutante ball. He never complained about the dancing lessons that I have to
admit were quite boring. Within a few weeks, we "mastered" the waltz and managed to
make our formal "debut" without tripping during our waltz.

During the time Andrew and I dated in high school, he was always kind, compassionate
and considerate. I still remember the true "southern gentleman" qualities he exemplified.
He always opened the car door for me, was extremely well-mannered, and needless to
say, set a really high bar for future boyfriends. To this day, some of my fondest high
school memories include the fun times I spent with Andrew and our high school friends.

Following my senior year in high school, I moved out of the Hampton Roads area of
Virginia to attend college. Although Andrew and I stopped dating, we continued to stay
in touch over the years through mutual friends. I have enjoyed hearing about Andrew's
academic and professional accomplishments and still marvel at his ability to develop a
fluency in so many foreign dialects during his undergraduate and graduate studies.

I truly hope the information above provides the Court with some valuable insight into
Andrew's personal attributes. I further hope and respectfully request that the Court will
offer leniency in its sentencing of Andrew.

**15 M**

Thank you in advance for your time and consideration of this request.

Sincerely,

Ronda B. Esaw

N

Carol Johnson Green

July 11, 2010

The Honorable Ellen Segal Huvell
Unites States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvell:

My name is Carol Johnson Green. I am writing in support of Andrew Warren. I am a family friend of Andrew 's sister Renee. We are best friends,

I have had the pleasure of knowing Andrew now for over 20 years and he became my other younger brother. I remember when he was trying to decide what career path to take upon graduation of college. My husband and I had just gotten married and moved to Cairo, Egypt where my husband was employed by Amoco Oil. ·

Andrew came to visit with the intent on staying one week. He stayed three weeks due to the love he had found, in the Egyptian culture and it's language of Arabic. He was so excited because he knew now what career path he wanted to pursue and that path was working for our Unites States government, in an overseas capacity.

He was elated to say the least when he found out he would be working for the United States government and in an overseas capacity. He is truly a PROUD American!!!!

Andrew is loyal, patient, honest, funny, caring and a devoted brother, son and friend.

He has never wavered from those strong family values he was taught as a young man growing up, in Virginia with two loving parents and 3 siblings. They were all raised to respect and be kind to all people no matter of one's difference. He has always held true to those beliefs of respecting others..ALWAYS!!!

I thank the Court for taking the time to read my letter and I RESPECTFULLY ask the Court for leniency in sentencing Andrew.

Sincerely,

Carol Johnson Green

**15 N**

Rhonda Boyd

July 9, 2010.

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell:

My Name is Rhonda Boyd. I am a Professor
at Tidewater Community College.

Please consider this letter as a character reference
for Mr. Andrew Warren, I have known for over
(20) years. Very outstanding young man working
for his country.

In fact our lives have linked in many ways,
we both graduate from Norfolk State University.
I went into Special Education, he went to History.
So he Volunteer to work over sea to help his
country out.

Andrew Warren is recognized as a Success Symbol
in his community.

I wholeheartedly support him and ask the
Court for leniency in sentence Andrew.

Thank you

Sincerely,
Rhonda Boyd

15 O

The Honorable Ellen Segal Huvell                    Jul, 15ᵗʰ 2010
United States District Court
United States District Court for the District Of Columbia
333 Constitution Ave. NW
Washington, D.C. 20001

Dear Judge Huvell

I am Ms Minne E. Cooper, US Army (Maj, Retired), currently affiliated with the
Disabled American Veterans, Norfolk, VA. I am writing on behalf of
Mr Andrew Warren.

Andrew is the son of Our Chapter Chaplain and I have been associated with
the family for many years, as my home is here in Norfolk. Andrew has assisted on
countless occasions with the Samaritan's Church and the many programs of the
Disabled American Veterans.

His devotion to the ministry and his family is widely applauded, the support for
him is far reaching from his familiy, the community and myself.

I sincerely request consideration of his past family and community contributions
as a matter of established character of Andrew for an, as lenient sentence, as possible.


            Respectfully

            Ms Minnie E. Cooper
            USA Maj Ret

15 P

Mary A. Boyd

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court Judge for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell,

    I am Mary Boyd, Andrew's Aunt, in which I am writing on his behalf. Andrew was always around to lend a helping hand. I am sick and he always made sure I was okay and came to see if I needed anything. He loved to bring me flowers and cards to just brighten my day. If I needed food, he would bring me that to. He is a very good young man.

    Please show mercy on my nephew, Andrew.

Sincerely,

*Mary A. Boyd*

Mary A. Boyd

**15 Q**

R

Elbert Warren

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Huvell,

My name is Elbert Warren and I am writing in support of my nephew Andrew Warren. I have known Andrew since he was a baby. Everything I have seen or heard about him has been a plus. He also has done great in school and with his classmates. When he went to work for the United States Government, he served them well.

Thank you for your careful consideration in sentencing him.

Sincerely,

*Elbert Warren*
Elbert Warren

**15 R**

S.

Rev. Richard Warren

July 8, 2010

The Honorable Ellen Segal Huvell
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 2001

Dear Judge Huvell:

I am Rev. Richard Warren, Andrew's uncle.

I have known Andrew since he was a baby.

Andrew has been a role model for young black men in the community.

There were many significant achievements that he received while working for the United States Government.

Andrew is a committed and dedicated young man, to his God and church and his country.

Your favorable consideration will be deeply appreciated on behalf of Andrew Warren.

Thank you again

Sincerely,
Rev. Richard Warren

15 S