# Certificate of Achievement

*This Certifies that*   **Warren, Andrew**

*has satisfactorily completed the course of*

## VICTIM IMPACT PANEL

*and is hereby awarded this certificate on this* 27th *day of September 2011*

**Tony Sergent**
**Instructor**

**Todd A. Gibson**
**Instructor**



*Certificate of*

# PARTICIPATION

*This certifies that*

ANDREW WARREN

*has participated in*

F.C.I. ASHLAND  -ACE-  CIVIL WAR

*Awarded this* 24th *day of* August *in the year* 2011

*Signed* L.A. Hinton

L. Hinton, Education Specialist





*Certificate of*

# PARTICIPATION

## *This certifies that*

ANDREW WARREN

### *has participated in*

F.C.I. ASHLAND  -ACE-  BASICS OF INVESTING

*Awarded this* ___19th___ *day of* ___October___ *in the year* ___2011___

*Signed* _____

L. Hinton, Education Specialist





*Certificate of*

# PARTICIPATION

## *This certifies that*

ANDREW WARREN

### *has participated in*

F.C.I. ASHLAND  -ACE-  COMMERCIAL DRIVER'S LICENSE

*Awarded this* __26th__ *day of* __October__ *in the year* __2011__

*Signed* _____
L. Hinton, Education Specialist





*Certificate of*

# PARTICIPATION

*This certifies that*

ANDREW WARREN

*has participated in*

F.C.I. ASHLAND  -ACE-  HISTORY OF WORLD WAR I

*Awarded this* __31st__ *day of* __October__ *in the year* __2011__

*Signed* _____
L. Hinton, Education Specialist

HONOR
ACHIEVEMENT
MERIT

# Certificate of Completion

Presented to:

# Warren

## 29825-016

This Certificate of Completion is given for the successful completion of the Yoga Class at F.C.I. Ashland Recreation Department on this day, November 5, 2011.

R. Hamilton, Wellness Coordinator



*Certificate of*

# PARTICIPATION

*This certifies that*

ANDREW WARREN

*has participated in*

F.C.I. ASHLAND -ACE- HISTORY OF BASEBALL

*Awarded this* 12th *day of* January *in the year* 2012

*Signed* D. Wheeler, Education Specialist



*Certificate of*

# PARTICIPATION

*This certifies that*

ANDREW WARREN

## *has participated in*

F.C.I. ASHLAND  -ACE-   HISTORY OF WORLD WAR II

*Awarded this* ___25th___ *day of* ___January___ *in the year* ___2012___

*Signed* _____

L. Hinton, Education Specialist



HONOR
ACHIEVEMENT
MERIT

T-11303  ©2005 TREND enterprises, Inc., St. Paul, MN 55164 U.S.A.  Made in U.S.A.

*Certificate of*

# PARTICIPATION

## This certifies that

ANDREW WARREN

## *has participated in*

F.C.I. ASHLAND  -ACE-  REAL ESTATE INVESTING

*Awarded this* 1st *day of* February *in the year* 2012

*Signed* L. Hinton, Education Specialist

# Certificate of Completion

This certifies that

## Andrew Warren

Has completed the fifteen week ALPHA Program,

a Christian based orientation which covers
religious life applications, spiritual truths and doctrinal teachings.

Presented on the sixth day of February,
in the year two thousand twelve,
Ashland, Kentucky.

⌘⌘⌘⌘⌘

*Dr. Bobby J. Touchton, Chaplain*



*Certificate of*

# PARTICIPATION

*This certifies that*

ANDREW WARREN

*has participated in*

F.C.I. ASHLAND  -ACE-  HISTORY OF JAZZ

*Awarded this* ___6th___ *day of* ___February___ *in the year* ___2012___

*Signed* _____

L. Hinton, Education Specialist





*Certificate of*

# PARTICIPATION

*This certifies that*

ANDREW WARREN

*has participated in*

F.C.I. ASHLAND  -ACE-  CONVERSATIONAL SPANISH

*Awarded this* 16th *day of* February *in the year* 2012

*Signed* _____
L. Hinton, Education Specialist





*Certificate of*

# PARTICIPATION

## This certifies that

ANDREW WARREN

### has participated in

F.C.I. ASHLAND  -ACE-  HISTORY OF THE VIETNAM WAR

*Awarded this* 28th *day of* March *in the year* 2012

*Signed* _____

L. Hinton, Education Specialist



# Certificate of Achievement

Presented to:

# ANDREW WARREN

## PRESIDENT'S COUNCIL

## ON PHYSICAL FITNESS

This Certificate of Achievement is given this 30th day of March 2012, for the successful completion of an eight week Physical Fitness class at F.C.I Ashland.

G. Grizzle



*Certificate of*

# PARTICIPATION

### This certifies that

ANDREW WARREN

### *has participated in*

F.C.I. ASHLAND  -ACE-  REVOLUTIONARY WAR

*Awarded this* __2nd__ *day of* __April__ *in the year* __2012__

*Signed* _____

L. Hinton, Education Specialist





*Certificate of*

# PARTICIPATION

*This certifies that*

ANDREW WARREN

*has participated in*

F.C.I. ASHLAND  -ACE-  AVIATION HISTORY

*Awarded this* __30th__ *day of* __April__ *in the year* __2012__

*Signed* _____

L. Hinton, Education Specialist



# Certificate of Completion

## This certifies that

## Andrew Warren

### has successfully completed the

## Drug Abuse Education Program

### FCI Ashland, Kentucky

### This the 25th day of May 2012

*Judy Marcum-Hamilton, M.A.*
**Drug Abuse Treatment Specialist**



# F.C.I. ASHLAND WELLNESS

## Certificate of participation awarded to

### Andrew Warren

# For the completion of Spinning Class June 10, 2012

L. Moore Wellness Coordinator

# Certificate of Completion

This certifies that

## Andrew Warren

Has completed the eight-week course

## Spiritual Sobriety

a reentry course which covers overcoming addiction.

Presented on the third day of July,
in the year two thousand twelve,
Ashland, Kentucky.

⌘⌘⌘⌘⌘

*Mr. Jason Griffith, Instructor*

# Certificate of Completion

**This certifies that**

## *Andrew Warren*

**has completed the two hour**

# Financial Summit

**a Christian based orientation which covers
budgeting, real estate marketing, and basic ideas for starting a business.**

**Presented on the seventeenth day of July,
in the year two thousand twelve,
Ashland, Kentucky.**

⌘⌘⌘⌘⌘

*Rev. Thomas Johnson, Chaplain*

# FCI ASHLAND

### THIS CERTIFIES THAT

## Andrew Warren

has successfully completed the course in Roman's Bible Study approved by the
Religious Services Department for FCI Ashland, and is therefore awarded this

# CERTIFICATE

Given this 3rd day of September, 2012

_____
Supervisory Chaplain

_____
Mentor Coordinator



# FCI ASHLAND

THIS CERTIFIES THAT

## Andrew Warren

has successfully completed the *Threshold Program* approved by the
Religious Services Department for FCI Ashland, and is therefore awarded this

# CERTIFICATE

Given this 10th day of September, 2012

_____
Supervisory Chaplain

_____
Mentor Coordinator

# FCI ASHLAND

THIS CERTIFIES THAT

## Andrew Warren

has successfully completed the course of study, Breaking Barriers approved by the
Psychology Department, offered through the Religious Services Department for FCI Ashland and is therefore
awarded this

# CERTIFICATE

Given this 29th day of November, 2012

_____
Chaplain

_____
Mentor Coordinator



*Certificate of*

# EXCELLENCE

*Awarded to*

ANDREW WARREN

*for superior excellence in*

F.C.I. ASHLAND  -ACE-  PUBLIC SPEAKING  (Instructor)

This ___17th___ day of ___December___ in the year ___2012___

Signed _____

L. Hinton, Education Specialist



T-11301  ©2005 TREND enterprises, Inc. St. Paul, MN 55164 U.S.A.  Made in U.S.A.



*Certificate of*

# PARTICIPATION

*This certifies that*

ANDREW WARREN

*has participated in*

F.C.I. ASHLAND  -ACE-  PUBLIC SPEAKING

*Awarded this* 17th *day of* December *in the year* 2012

*Signed*



L. Hinton, Education Specialist

*Certificate of*

# PARTICIPATION

*This certifies that*

ANDREW WARREN

*has participated in*

F.C.I. ASHLAND  -ACE-  SHAKESPEARE

*Awarded this* __23rd__ *day of* __December__ *in the year* __2012__

*Signed* _____



L. Hinton, Education Specialist

# *Certificate of Completion*

*This certifies that*

## *Andrew Warren*

*has successfully completed the*

## *Non-Residential Drug Treatment Program*

### *FCI Ashland, Kentucky*

*the 17th day of December 2012*



**Judy Marcum-Hamilton, M.A.**
**Drug Abuse Treatment Specialist**

**Robert W. McFall, Ph.D.**
**Drug Abuse Program Coordinator**



Now when they heard this, they were pricked in their heart, and said unto Peter and to the rest of the apostles, Men and brethren, what shall we do? Then Peter said unto them, Repent, and be baptized every one of you in the name of Jesus Christ for the remission of sins, and ye shall receive the gift of the Holy Ghost. (Acts 2:37-38)

# Baptismal Certificate

### This Certifies that

Andrew Warren

*In obedience to the command and in following the example of our Lord Jesus Christ was baptized in the name of Jesus Christ on the*

5th *day of* February *in the year* 2013

*at* Christian Faith Outreach U.P.C.

*Minister* Everett Easterling

*Certificate of*

# EXCELLENCE

*Awarded to*

ANDREW WARREN

*for superior excellence in*

F.C.I. ASHLAND  -ACE-  PUBLIC SPEAKING  (Instructor)

*This* 25th *day of* March *in the year* 2013

*Signed*

L. Hinton, Education Specialist



T-11301  ©2005 TREND enterprises, Inc., St. Paul, MN 55164 U.S.A.  Made in U.S.A.



Certificate of

# PARTICIPATION

This Certifies That

ANDREW WARREN

has participated in

F.C.I. ASHLAND  -ACE-  BUISNESS PLAN WORKSHOP I

Awarded this __16th__ day of __April__ in the year __2013__

Signed

D. Wheeler, Education Specialist



*Certificate of*

# EXCELLENCE

*Awarded to*

ANDREW WARREN

*for superior excellence in*

F.C.I. ASHLAND -ACE- PUBLIC SPEAKING (Instructor)

This ___1st___ *day of* ___July___ *in the year* ___2013___

*Signed* _____

D. Wheeler, Education Specialist

HONOR ACHIEVEMENT MERIT

T-11301 ©2005 TREND enterprises, Inc., St. Paul, MN 55164 U.S.A. Made in U.S.A.



Certificate of

PARTICIPATION

This Certifies That

ANDREW WARREN

has participated in

F.C.I. ASHLAND  –ACE–  BUSINESS PLAN WORKSHOP II

Awarded this 2nd ____ day of __July__ _____ in the year 2013

Signed ____ J. Kenser, Education Specialist



*Certificate of*

# PARTICIPATION

This Certifies That

ANDREW WARREN

has participated in

F.C.I. ASHLAND  -ACE-  CONVERSATIONAL SPANISH

Awarded this __5th__ day of __September__ in the year __2013__

Signed — J. Kenser, Education Specialist



*Certificate of*

# PARTICIPATION

This Certifies That

ANDREW WARREN

has participated in

F.C.I. ASHLAND  -ACE-  BUSINESS PLAN WORKSHOP III

Awarded this ___10th___ day of ___September___ in the year ___2013___

Signed _____

J. Kenser, Education Specialist

*Certificate of*

# EXCELLENCE

*Awarded to*

ANDREW WARREN

*for superior excellence in*

F.C.I. ASHLAND  -ACE-  PUBLIC SPEAKING  (Instructor)

*This* 30th *day of* September *in the year* 2013

*Signed*

J. Kenser, Education Specialist

HONOR
ACHIEVEMENT
MERIT

T-11301  ©2005 TREND enterprises, Inc., St. Paul, MN 55164 U.S.A.  Made in U.S.A.

*Certificate of*

# PARTICIPATION

This Certifies That

## ANDREW WARREN

has participated in

## F.C.I. ASHLAND  -ACE-  SALES SKILLS

Awarded this ___8th___ day of ___October___ in the year ___2013___

Signed _____

J. Kenser, Education Specialist



## *Certificate of*

# EXCELLENCE

### *Awarded to*

ANDREW WARREN

## *for superior excellence in*

F.C.I. ASHLAND  -ACE-  PUBLIC SPEAKING  (Instructor)

*This* ___9th___ *day of* ___December___ *in the year* ___2013___

*Signed* _____

J. Kenser, Education Specialist

HONOR
ACHIEVEMENT
MERIT

T-11301  ©2005 TREND enterprises, Inc., St. Paul, MN 55164 U.S.A. Made in U.S.A.



# Certificate of Completion

*This certifies that*

## Andrew Warren

*has successfully completed*

## 12 STEP STUDY GROUP

### FCI Ashland, Kentucky

*This the 25th day of February 2014*



Judy Marcum-Hamilton, M.A.
Drug Abuse Treatment Specialist

# Certificate of Completion

### This certifies that

## *Andrew Warren*

### has completed

# Maximize Manhood

**A Faith Based course for providing Christian principles for dealing with specific contemporary issues.**

⌘⌘⌘⌘⌘

**Presented on the eighteenth day of February, in the year two thousand fourteen, Ashland, Kentucky.**

*Rev. Thomas Johnson, Chaplain*



*Certificate of*

# PARTICIPATION

This Certifies That

**ANDREW WARREN**

has participated in

**F.C.I. ASHLAND  -ACE-  NATIONAL PARKS**

Awarded this __2nd__ day of __March__ in the year __2014__

Signed _____

J. Kenser, Education Specialist

*Certificate of*

# PARTICIPATION

This Certifies That

### ANDREW WARREN

has participated in

### F.C.I. ASHLAND  -ACE-  THE PLAN

Awarded this __18th__ day of __March__ in the year __2014__

Signed ————

J. Kenser, Education Specialist

# FCI ASHLAND

## Certificate of Completion

**Presented to**

# *Andrew Warren*

**For completing all required coursework and Practical experience for the Mock Job Fair.**

*Given at FCI Ashland, this tenth day of June, 2014.*

*J. Ware, Supervisor of Education*



# DAYTOP VILLAGE

## Certificate Of Completion

This certifies that

*Andrew Warren*

has completed the Daytop Village Adult Outpatient Program as of

**JANUARY 13TH, 2015**

The above individual has satisfied all of the criteria for completion from the program including
but not limited to a specific period of abstinence from illicit substances and good program
attendance, independent living and an outside support system.

Counselor's Signature

**DAYTOP** VILLAGE

Program Director