

December 27, 2016

Affidavit in Support of Andrew Warren's Motion for Early Termination for Supervised Release.

I, Pastor Al Taylor, swear under the penalties of perjury that the following statements are true:

1) I am pastor of Infinity Mennonite Church of Harlem (IMC). IMC has been a religious institution in Harlem for over 50 years.
2) I have known Andrew Warren since his arrival to New York City in September 2014 and he started attending the church in Sept 2014.
3) I have witnessed his high moral character and his compassionate personality as well as his genuine desire to help others over the last two years.
4) He is a minister at our church and has become one of the leaders of IMC.
5) He has preached over 20 sermons during his time at IMC and officiated at a funeral.
6) He started a new Thursday discipleship bible study class in February 2015 and has led this class weekly since that time, over 90 classes. In this class, he teaches an interactive class of approximately 10-15 people weekly about biblical principles through the examination of scripture. This class is a welcome addition to our church's overall mission to reach a larger audience in the community.
7) He has participated in a monthly street outreach ministry for the last 18 months providing food, spiritual counseling, bibles and clothes to the needy, homeless and the community at large. Thus, because of his efforts church's attendance has increased.
8) Mr. Warren has been an inspirational leader for the congregation and community since he started preaching at IMC in July 2015.
9) I fully support his motion for early termination for supervised release because he has served as a great example in our community and it will assist him in expanding his ministry outside the community to include visiting prisons, conducting other outreach programs, taking mission trip abroad, and will be beneficial to the community at large.

Sincerely,

Pastor Al Taylor

Infinity Mennonite Church

2522 Adam Clayton Powell Blvd

New York, NY 10037

Telephone 646-418-8000

State of New York      )
                       )
County of New York     )

Affidavit in Support of Andrew Warren's Motion for Early Termination for Supervised Release

I, Theodore Morris, swear under the penalties of perjury that the following statements are true:

1) I am a minster at Infinity Mennonite Church of Harlem (IMC) and the minister of Music.  IMC has been a religious institution in Harlem for over 50 years.

2) I have been attending IMC since early 2014 and have known Andrew Warren since his arrival to New York City in September 2014.  I met him when he started attending the church in Sept 2014.

3) I have witnessed his high moral character and his compassionate personality as well as his genuine desire to help others over the last two years.

4) I have witnessed him become one of the leaders of IMC since his arrival and observed him preach over 20 sermons in that time and officiated at a funeral.

5) He started a new Thursday discipleship bible study class in February 2015 and has led this class weekly since that time, over 90 classes.  In this class, he teaches an interactive class of approximately 10-15 people weekly about biblical principles through the examination of scripture.  This class is a welcome addition to our church's overall mission to reach a larger audience in the community.

6) He has participated in a monthly street outreach ministry for the last 18 months providing food, spiritual counseling, bibles and clothes to the needy, homeless and the community at large. Thus, because of his efforts church's attendance has increased.

7) Mr. Warren has been an inspirational leader for the congregation and community since he started preaching at IMC in July 2015.

8) I also know that because of his passionate efforts in ministry, he has been invited to preach at several other churches to include Church of the Covenant in NYC, Naomi Temple AME Zion Church in Long Island and Samaritan's Outreach Ministry in Virginia.

9) I fully support his motion for early termination for supervised release because he has served as a great example in our community and it will assist him in expanding his ministry outside the community to include visiting prisons, conducting other outreach programs, taking mission trip abroad, traveling freely to other states to undertake humanitarian activities and will be beneficial to the community at large.

Signed

Theodore Morris
26 Dec 2016

958 And St. Nicholas Ave
Apt. 67
New York NY 10032
347 624 3781

December 24, 2016

To whom it may concern:

Recommendation for Reverend Drew Warren

I have been a member of the congregation at Infinity Mennonite Church of Harlem (formerly Seventh Avenue Mennonite Church) for over 20 years. He is a minister at the church and a member of the IMC leadership team. He has preached over a dozen sermons at Sunday service and taught over 60 bible study classes over the last two years. He has helped organize numerous food distributions to the community. Further, he helped to start our street outreach ministry and participated in over 16 of these outreach gatherings. He is helping the church create a "Church without walls" program where we reach out to the community. He is always willing to volunteer to assist in any capacity with a great attitude. He is a vital part of our church family.

Best Regards,

Cecily Castle

IMC Church Secretary and member of the finance committee

December 22, 2016

To whom it may concern:

I have been a member of the congregation at Infinity Mennonite Church of Harlem (formerly Seventh Avenue Mennonite Church) for more than 40 plus years and I'm writing this letter of recommendation for Reverend Drew Warren.  He is an associate pastor at the church.  I have seen him preach over a dozen sermons at Sunday service and teach over 70 bible study classes over the last two years.  He is very enthusiastic in helping all those in need.  He is always positive and encouraging to everyone at the church.  He has organized and participated in numerous food pantries and in over 15 community street outreach gatherings.  He is a dynamic preacher and seeks to give hope and inspiration to all those around him.  He has blessed us greatly since he has arrived at our church.  I provide him the highest recommendation.

Best Regards,

*Olivia Peterson*

Olivia Peterson

2971 8th Ave #15-G N.C 10039
(212) 862-7833

December 24, 2016

To whom it may concern:

I'm writing this letter of recommendation for Reverend Drew Warren. I have been a member of the congregation at Infinity Mennonite Church of Harlem (formerly Seventh Avenue Mennonite Church) for approximately 40 years and. He is an associate pastor at the church. I have seen him preach over a dozen sermons at Sunday service and teach over 60 bible study classes over the last two years. He has organized and participated in numerous food pantries and in over 15 community street outreach gatherings over the last two years. I have seen how he I focused on the ministry. During the monthly outreach gatherings, he has prayed for numerous people and provided food and bibles. He is always positive and full of joy. He is a great preacher and bible teacher. He always strives to inspire all those around him. He is loving and full of compassion for the people in the community.

Best Regards,

Lois Arnold
344 Brook Ave. #3N
Bronx, N.Y. 10454

December 24, 2016

To whom it may concern:

Recommendation for Reverend Drew Warren

This is a letter of recommendation for Reverend Drew Warren.  He is an associate pastor at Infinity Mennonite Church (IMC).  I am the head of the hospitality committee, a member of choir and have been a member of IMC for several years. He has preached over two dozen times and taught over 60 bible study classes over the two years since he arrived to NYC two years ago.  He is a key part of the IMC leadership team and an outstanding preacher.  He loves the ministry and works very diligently to help others.  He often volunteers for anything that needs to be done around the church.  He is a great blessing to the church and the community.

Sincerely,

Melissa Thompson

720 LENOX AVENUE #22C
NEW YORK, NEW YORK 10039
(917) 592-1438

December 24, 2016

To whom it may concern:

I'm writing this letter of recommendation for Reverend Drew Warren.  He is a dynamic minister at the church.  I have been a member of the congregation at Infinity Mennonite Church of Harlem (formerly Seventh Avenue Mennonite Church) for more than 40 years.  I have seen him preach over a dozen sermons at Sunday service and he has taught over 70 bible study classes over the last two years.  He is a positive force in our church and is very enthusiastic in helping all those in need.  He has organized and participated in numerous food pantries and in over 15 community street outreach gatherings.  He has blessed us greatly since he has arrived at our church.  I provide him the highest recommendation.

Sincerely,

Doris Perkins

Member of Finance Committee

309 N. Broadway
Yonkers, NY 10701

December 20, 2016

Letter of recommendation for Reverend Drew Warren

To whom it may concern:

I have been a member of the congregation at Infinity Mennonite Church of Harlem (formerly Seventh Avenue Mennonite Church) for more than 40 years. I wanted to provide a recommendation for Reverend Drew Warren who is a minister at my church. I have seen him preach over a dozen sermons at Sunday service and teach more than 60 bible study classes over the last two years. I have also witnessed him minister to the community at large in Harlem. He has helped to set up a new ministry at the church, a monthly street outreach ministry where we gives out bibles, food, water, clothes and prayer. Reverend Drew is enthusiastic and gives hope to a community in need. He is a blessing to our church and has given much to the church over the last two years.

Sincerely,      *Ethel M. Pannell*

Ethel Pannell   *101-125 W. 147th St   apt 8L*
*New york, ny. 10039*
*Tel# 212-862-5975*

December 19, 2016

To whom it may concern:

Re: Recommendation for Reverend Drew Warren

I am writing this recommendation for Reverend Drew Warren, an associate pastor at Infinity Mennonite Church (IMC) in Harlem, New York.  He is part of the leadership at the church and is well-respected.  I have been a member of the church for the last several years.  Reverend Drew is a dynamic preacher! He has preached over 15 sermons and taught more than 60 bible study classes in the last two years at IMC. He has I have also witnessed him minister to the community at large in Harlem.  He has helped to set up a monthly street outreach ministry, a monthly food pantry and a physical fitness program incorporating Biblical principles entitled "Christ Fit."  Reverend Drew is always willing to minister to anyone, anywhere. Reverend Drew is well-liked and a great blessing for our 50 year old church.

Sincerely,

Lena Bellamy

Lena Bellamy

929-355-7812
1901 MADISON Ave #311
NYC, NY 10035

December 20, 2016

To whom it may concern:

I have been a member of Infinity Mennonite Church (IMC) in Harlem for many years. This letter is in support of Reverend Drew Warren, a minister at IMC. As one of the leaders of the hospitality committee, I have witnessed his numerous activities at our church. He is an integral part of our church, a part of the leadership team, a preacher and a teacher. He has preached numerous sermons and taught over 70 weekly discipleship bible study classes over the last two years. Further, he helped to start a street outreach ministry and created a physical fitness program with Biblical principles entitled "Christ Fit." He is very outgoing, energetic and works very diligently in spreading the Gospel in the community.

Sincerely,

Cheryl Coles

Cheryl Coles
2570 7th Ave 4D
New York NY 10039
347-313-0816

December 21, 2016

To whom it may concern:

Recommendation for Reverend Drew Warren

This is a letter of recommendation for Reverend Drew Warren.  I have attended IMC for several years and am a member of the IMC Choir.  He is an associate pastor at Infinity Mennonite Church (IMC).  He is a key part of the IMC leadership team and an outstanding preacher.  I have seen him preach on many occasions at my church and teach a weekly Bible study class for the last two years.  He has a heart for ministry and works very faithfully to carry the Gospel to the community.  I highly recommend Reverend Drew and support him fully.

Thank you,      Darryl Walker - 646-837-2324 - 201-W-146 #11 NYC NY. 10039

Darryl Walker

December 19, 2016

To whom it may concern,

I have been a member of the congregation at Infinity Mennonite Church (IMC) for over 5 years. I'm writing this letter of recommendation for Reverend Drew Warren. He is an associate pastor at IMC and an important part of church leadership team. He has preached over dozen sermons and taught over 60 Thursday night Discipleship bible study classes. He is a dependable and trustworthy member of our congregation. He has assisted in coordinating food giveaways, charity events, funerals as well as other activities at the church. He is a vital part of our expanding ministry of a "church without walls." Reverend Drew is an outstanding preacher and excellent teacher. He has been a faithful member of our church since he arrived in 2014. He serves the community with much energy and always with a great attitude!

Sincerely,

Warren Thompson

374 290 4095
801 Tilden Street
Bronx NY. 10467

December 24, 2016

To whom it may concern,

I have been a member of the congregation at Infinity Mennonite Church (IMC) for over a dozen years. I'm writing this letter of recommendation for Reverend Drew Warren. He is a minister at IMC and an important part of the church leadership team. He has taught a weekly bible study class for almost 2 years and preached over 2 dozen sermons. He has coordinated food giveaways and a monthly street outreach ministry. He is a vital part of our expanding ministry of a "church without walls." Reverend Drew is an outstanding preacher and teacher. He has been a faithful member of our church since he arrived in 2014. He serves the church with much energy and always with a great attitude!

Sincerely,

Diana Perkins

Diana Perkins, choir member
38 Bushey Ave.
Yonkers, NY 10710

December 24, 2016

To whom it may concern:

Recommendation for Reverend Drew Warren

Reverend Drew Warren is an associate pastor at Infinity Mennonite Church (IMC).  I have been a member of IMC for numerous years. He has preached over two dozen times and taught over 60 bible study classes over the last two years.  He is a key part of the IMC leadership team and an outstanding preacher.  He often volunteers to help others and works faithfully to help others.  He created a fitness program called "Christ Fit" and works diligently to help others with his monthly street ministry.  He is dependable, trustworthy and very compassionate.  I highly recommend him!

Sincerely,

Malcolm Hanton

*Malcolm Hanton—N.Y.*
*720 Lenox 22c 10039*