

INFINITY MENNONITE CHURCH

October 17, 2016

The City Clerk

141 Worth Street

New York, NY 10013

Re: Marriage Officiant Registration of Reverend Drew Warren

Dear Sir or Madam:

In reference to the above-captioned matter, please note that Rev. Drew Warren is an associate pastor at <u>Infinity Mennonite Church</u>. We hereby consent to his registration with the City Clerk, Any further questions should be directed to the undersigned.

Sincerely,

Pastor Al Taylor

Infinity Mennonite Church

2522 Adam Clayton Powell Blvd

New York, NY 10037

Telephone 646-418-8000



# Certificate of Ordination

*This Certifies That*

**Andrew Marvin Warren**

*having responded to the call of God to Christian ministry,
and having satisfied all the Biblical requirements for ordination as*

**Minister**

*We, the Ordination Council, having given careful examination as to the
moral character, soundness of doctrine, and leadership qualifications of this
person for the Work of the Ministry, do hereby award this certificate.*

**Samaritans Outreach Ministry**
*Organization*

**Norfolk, Virginia**
*City and State*

on this **17th** day of **May** year **2015**

**Pastor: Lewis M. Warren**           **Church Clerk: Minnie Cooper**

Style B-128 Ordination (General) © B.C.E. P.O. Box 66006 Portland, OR 97290

# Certificate of Ordination

**ORDAINING COUNCIL**

Rev. Lewis Warren
*Moderator of Ordaining Council*

Bishop Donna Fleetwood
*Clerk of Ordaining Council*

D.R. Elmer L Phillips Sr

Elder Willie Otto

Frank Brunel Jr.

Elder John Collier

Elder Troy S. White

We, the undersigned, upon the recommendation and request of the **Samaritans Outreach Ministry** at **Norfolk, Virginia** which had full and sufficient opportunity for judging the God-given gifts, and after satisfactory examination by us in regard to the Christian experience, call to the ministry, and views of Bible doctrine, hereby certify that **Rev. Andrew Marvin Warren** was solemnly and publicly set apart and ordained to the work of

## THE GOSPEL MINISTRY

by authority and order of the **Rev Lewis M Warren Senior Pastor** at **Samaritans Outreach Ministry** on the **17th** day of **May 2015**,

