December 30, 2016

Re: Letter of Recommendation for Reverend Drew Warren

To Whom it May Concern:

I am the founder and senior pastor at Samaritans Outreach Ministry (SOM) in Norfolk, VA. SOM is an IRS registered 501 (c) (3) charitable and religious organization operating a weekly food pantry, weekly bible study, as well as a prison, elderly and veterans ministries. I founded this ministry to help others in the Norfolk area and over the last year, we have distributed over 60,000 pounds of food to the needy (helping approximately hundreds of people each month). Drew was ordained by our ministry in conjugation with six other ministers and a bishop in May 2015. Until that time, he had been working faithfully teaching and preaching at his church (Infinity Mennonite Church) in NYC since his arrival in 2014. I have talked to his pastor in NYC and know that Drew has performed a thousand hours of volunteering since he arrived in NYC in 2014. He has strived to help others and give back to the community.

I have seen him preach and teach in NYC at his church in NYC on my visits there. I last saw him preach over the thanksgiving holiday in 2016. He has also preached numerous sermons at my church in Norfolk, VA. I am proud of my son at how he has bounced back from his situation. I have listened to many of his on-line sermons on YouTube and on his ministry website. I have spoken to members of his church in NYC who have told me and his mother about his great efforts as one of the leaders of his church.

I am proud of my son and he is one of my best friends. We speak almost every day and I have come to lean on him for many ministry decisions. Our relationship has only grown since he returned and especially after he started in the ministry. He has developed a close relationship with all of his family members.

He will be made the co-head of our religious organization in 2017 and will take a more active role in our ministry overall. He will need to travel more frequently to assist us as he takes on this new responsibility.

I am requesting that he is granted early termination of supervised release in part so that he can travel more frequently to help the ministry and to help us. We recently were involved in a car accident and this have made it more challenging to do some things related to our ministry. I believe that Drew has undergone a great amount of positive change and deserve a chance to move on with his life. I humbly ask the court to look favorably on his motion. Please contact me for any further information at 757-409-3993

Best Regards,

*Lewis Warren*

Lewis Warren, U.S. Navy vet and Disabled American Vet
Senior Pastor Samaritans Outreach Ministry
5822 Chesapeake Blvd, Norfolk, VA 23513
www.samaritansoutreach.org

January 2, 2017

To the U.S. District Court for the District of Columbia:

I am writing this letter in support of the early termination of supervised release for my brother Drew Warren. Since my brother returned to NYC in August 2014, I have spoken to him several times each week, and seen him in person every few weeks. He has been over my house for most major holidays and we have worked out together over a dozen times. Further, I have visited him while he was teaching his bible study class at his church in Harlem and watched him preach a sermon as a guest preacher in Long Island, NY. I have seen some of his volunteer activities as he does outreach in Harlem to help others and provide a message of hope. My brother and I have become extremely close since his return and I also know that he has become very close to our parents, speaking to them almost daily. He has worked hard to build a closer relationship with his entire family to include with his two sisters who he speaks with weekly.

Drew was ordained as a minister and done over one thousand hours of voluntary community service. I have witnessed an amazing transformation within him since he returned. My brother has gone through a challenging journey, from serving his country and fighting terrorism in the Middle East, to the dark years but he has emerged to the other side and is a kinder, gentler and a more compassionate person. He has worked hard to rehabilitate himself and help others who have gone through similar situations. My brother could have allowed his situation to make him bitter but he has taken his experiences and become a better man. He continues to strive to be a better man. I believe that he has earned this opportunity to get off of supervised release early because of his extraordinary efforts after his release. I fully support his motion and hope the court looks favorably on it. Please contact me for any further information at 516-428-1729.

Sincerely,

L. M. Warren Jr.

January 8, 2017

Dear Honorable Judge Ellen Huvelle,
U.S. District Court for the District of Columbia

*Reference:*
*Letter of recommendation in support of the early termination of supervised release for Andrew Warren.*

I am writing in support of my brother, Andrew Warren's motion for early termination of supervised release. I fully support my brother's application because I have seen his great efforts to positively change his life and give back to the community.

I picked up my brother, along with our parents, at the Port Authority Bus Station in Mid-August 2014. Since that time, I have watched my brother mental and spiritual growth as a person. From the moment he returned to New York, he immediately started attending a church near his apartment in September 2014. He has become extremely active in his church by helping in any way possible, in addition to becoming one of the associate pastors of that church. I have seen him preach in numerous venues and witnessed him volunteer in Harlem during his monthly street ministry outreach gatherings over the last two years.

My brother and I almost speak daily and often spend time having dinner or just talking about our day. I enjoy that I can see him often - just about every week as we live close to each other – he walks to my house or sometimes takes the subway. He has assisted me in numerous projects in my Public Relations/Media business since his return and has fixed things around my house. I am fortunate to have him back in my life.

My brother continues to grow and one the thing I believe is that by helping others, he has helped himself. When you give of yourself – it is the ultimate gift. He has spent over a thousand hours volunteering and helping others in Harlem, NY through the ministry, homeless outreach activities and his monthly food pantry distributions. I strongly believe, my brother deserves the opportunity to be released from supervision early because of his excellent efforts since his return to New York City.

Our parents are getting older, in fact, they will both celebrate their 83rd birthday and 60th wedding anniversary this year. I know that my brother would like the opportunity to travel down more frequently to assist in taking care of them and seeing them in addition to expanding his ministry activities outside of New York State.

I pray that you would recognize the growth that has occurred inside of my brother and give him a second chance to live a more normal life off supervised release by approving his motion. Our whole family completely supports and loves him. If you have any questions, please call me at 646-344-2630.

Thank you for considering,

Renée E. Warren

December 30, 2016

Re: Letter of Recommendation for Reverend Drew Warren

Dear Sir/Madam,

I am currently one of the officers of Samaritans Outreach Ministry (SOM) in Norfolk, VA. SOM is an IRS registered 501 (c) (3) charitable and religious organization operating a weekly food pantry and ministry among other outreach activities. I have been a member of this ministry since its beginning and currently supervise the weekly food pantry and food distribution. I am writing this letter of recommendation for Reverend Drew Warren. I have known him for several years and watched him become ordained as a minister of the Gospel in May 2015. Since that time, he has traveled from New York City to Virginia approximately every quarter to preach and assist our ministry. Each time, he has been our guest preacher, he has delivered a powerful and inspiring message of hope to our congregation. He is enthusiastic and very positive in all that he does for our ministry. He will be made an officer of our ministry in the coming months and will be taking a more active role in our religious organization. Thus, he will traveling more frequently to assist us and help the community where he grew up. I am a retired army officer and have worked with the Disabled American Veterans (DAV) for many years. I know that Reverend Warren served in Afghanistan and Iraq, and other Middle East countries and I understand the unique challenges with those experiences. It's been amazing to watch him transform his focus to help others who are in need. I provide him the highest recommendation.

Please contact me for any further information at 757-675-1325.

Sincerely,

*Minnie E. Cooper*

Minnie E. Cooper, Major, USA (Ret)

December 30, 2016

I am writing this letter of recommendation for Reverend Drew Warren.

I am one of the ministers at Samaritans Outreach Ministry in Norfolk, VA. Samaritans Outreach Ministry (SOM) is a registered 501 (c) (3) religious and charitable organization. We operate a weekly food pantry in Norfolk VA as well as a weekly Sunday service, weekly bible study meeting and a weekly service at a local retirement complex. I have known Reverend Drew Warren since early 2015. I met him when he was ordained as a minister and started preaching at SOM in May 2015. He has preached numerous sermons since that time and I can say that he is a dynamic preacher and an inspiration to all those around him. He has a heart for the ministry and reaching out to those in need.

I have also seen his outreach and ministry efforts that he has been doing in NYC with his ministry there, and it's impressive. He is very enthusiastic about helping others. I look forward to working more closely with him as his role in SOM increases in 2017 as he is appointed as one of the officers of this non-profit. I highly recommend him.

Best Regards,


John Collier
*John Collier*
Address: 2313 LOCKS LANDING
CHESAPEAKE VA, 23323

Telephone #: 757-477-2432

86 Long Sands Road
York, Maine, 03909
Home telephone: 207-363-3703
malin@un.org

30 December 2016

To: U.S. District Court for the District of Columbia.

My name is Lance Malin and I am writing to support Andrew Warren's request to terminate the remaining supervised release period. I am British, and currently I am based in Tunisia and Libya, working as a United Nations staff member, managing programs to address the risks to the people posed by the Explosive Remnants of War. My teams clear landmines and deal with the other explosive hazards that are left by groups such as ISIL.

Andrew Warren is a family friend and I first met him through my wife, Anne Malin. Andrew and I bonded quickly, as we both have worked in warzones including in the Iraq theatre during the most intense times. I know from my own experience what he has gone through and know the burden and toll it will have taken. I also know he did his best to keep safe his country and follow the orders from his Commanders. The work we did and continue to do is not easy. It keeps us away from our loved ones and friends for long periods and many of us develop stress related symptoms coupled with the physical injuries we sustained.

What I know of Andrew, and what I write about today, is his remarkable dedication to his community and work to better himself. He has seen the worst of humanity and the best. Not many of us would be able to self-reflect, as he did, after hitting rock bottom, before discovering what is truly important to oneself and move on to live a more meaningful life.

Andrew was released from prison in August 2014 and I met him in person shortly after. He and my wife have been good friends for over a decade. Over the past two years, he has developed an active ministry and community programs in New York City. His tireless, selfless efforts to improve the lives of others is evident from the work he has done and continues to do. He has developed street ministry outreach in Harlem which also includes distributing food and clothing to those in most need, and he has developed "ChristFit", an exercise fitness program for his community. Andrew sees a humanitarian need, develops a plan, and effectively addresses it with energy and enthusiasm. This methodology serves him well as he continues to work in communities that have much need.

Andrew's story is one of survival, and not just about surviving, but thriving. This is a difficult thing to do at the best of times, but for those who have made it through, they can offer the very best support to a community. My own work involves being at risk in areas of ongoing conflict and working with communities that are suffering.

I am writing this letter in a personal capacity as a friend of Andrew's and I feel it is important to know that I have some insight into the life he has lived and the terrible things he has witnessed. I am proud to bear witness to his continued growth and contentment as a person. It is without hesitancy I support Andrew's request to terminate his remaining supervised release period. Andrew has a new mission in life and he is utilizing his natural leadership and planning skills, coupled with his life experiences, to inspire others, in a positive way, and to give back to a society much in need of humanitarian support.

Yours sincerely,

Lance John Malin, MBE

December 30, 2016

To the U.S. District Court for the District of Columbia:

I am writing in support of Andrew Warren and his request to terminate his remaining supervised release period.

I have known Andrew since 2006 and we have maintained a personal friendship throughout that period until present day. I now live in the State of Maine but when I travel to New York City – several times a year – we visit in person. I also know one of Andrew's sisters and my husband and I consider Andrew a good friend. I knew Andrew before he was incarcerated, stayed in regular touch through letter writing while he was incarcerated and am currently in regular contact via phone, email, and text message. I have followed his progress and thrilled for him that he has rediscovered purpose and life and love and laughter with friends and family.

Not many people I know would be able to overcome challenges that Andrew has faced and I know his close family support and faith in God has helped him carve a new and meaningful path. I am not very religious myself but respect Andrew's faith and commitment to his Church and serving the community. I know he has been very involved in his Church community including developing and expanding outreach and programs. He is building something meaningful and important. Andrew's commitment is steadfast and continues to increase over the years. He has drive to help others and intelligence and tenacity to learn, teach, and participate. Andrew's list of activities and ongoing commitments exemplify his dedication to fulfill his life purpose.

I am currently finishing a Masters in Social Work from the University of Southern Maine. I have a PhD in Social Policy (1999) and a Master's in Public Health (1992). I have done global health research for over 15 years and am married to a man who has been in the British Army and continues to work overseas in warzones. I, myself lived in Kosovo for two years, including one year as a US Fulbright Scholar and Researcher at the University of Pristina (2003-2004). I mention this as I know the burden the work in conflict zones can be including trauma and separation from community and family. I do not know all Andrew was asked to do for our country at a time of need but I know much was asked and sacrificed.

I also know a lot about trauma and stress and am currently completing a certificate on Trauma Stress Studies from the Boston Trauma Institute. Andrew was involved in many traumatic events during his time working for the US government and he continues to come to terms with all that transpired. He has participated and enjoyed his interaction with social workers and therapists and I have witnessed him growing into a much more self-aware human being. Andrew's enthusiasm for life and love of his family and community is contagious. He is grateful

for being alive and having the opportunity to serve. He would like to travel more freely to visit his family and expand his missionary work and I see this as a positive in all aspects.

I have a tremendous amount of pride for our country and I respect and honor the men and women who serve in the military and other agencies. My ancestors fought and died in the American Revolution and Civil War and I am a proud member of the Daughters of American Revolution and the Mayflower Society of America. The service to our country can take a personal toll on a person in a way that civilians cannot imagine. My husband is a veteran and I do understand the toll the life and work overseas can take on a person and I admire Andrew for managing his PTSD and using his past experiences to better himself and contribute.

I write with no hesitation to support Andrew and his request to terminate the remaining supervised release period. I believe Andrew is an asset to his community and this will only expand in years to come. His past few years clearly demonstrated his path and trajectory and I humbly ask that you fully consider his request.

Please feel free to contact me if you have further questions.

Sincerely,

*Anne (Brisson) Malin*

Anne (Brisson) Malin, PhD, MPH, MSW candidate graduating May 2017
86 Long Sands RD
York, Maine 03909
207-363-3703
anne.malin@maine.edu