GOOD NEWS FROM THE CHURCH AND COMMUNITY

# The Positive Community

Summer 2016
thepositivecommunity.com

$2.95

**HARLEM SUMMER ISSUE**

**EXCLUSIVE:**
**A PASTOR'S QUEST**
Prayer Walk
from NYC
to Chicago
*It's a Love Thing*

## Tribute to Congressman Charles B. Rangel
**The Lion of Lenox Avenue**



# Health

## It's a Love Thing:
## NYC to Chicago Anti-Violence Prayer Walk—
## *Positive Music Matters*

By Adrian A. Council, Sr., Board Chair,
African Americans for Health Awareness Committee (AAHA)



Rev. Drew Warren, Associate Pastor, Infinity Mennonite Church, Adrian A. Council, Sr., Rev. Al Taylor and Robert Jackson, former NYC Councilman, and candidate for NYS Senate, in front of the Adam Clayton Powell State Office Building on West 125th Street in Harlem.



Activist Earl Best, the "Street Doctor," Rev. Taylor, Rev. Louise Roundtree and Director Gwen Moton

"Inspired by his work with "Man Up in Harlem," Rev. Al Taylor has embarked on a mission to walk 780 miles through seven states from New York City to Chicago *It's A Love Thing, 780 Prayer Walk*, is a humanitarian initiative to listen, reach out, and pray with people in need of comfort and liberation; letting them know they matter. The theme of the walk: *It's A Love Thing* seeks to demonstrate, with every step, the dual force of prayer and positive music. "Positive Music Matters" initiated by *The Positive Community* serves as an additional rallying cry of the walk.

On Sunday August 7, Rev. Taylor, began this historic freedom journey with an 8am prayer service at the Church of the Convent on East 42nd Street in Manhattan (a Presbyterian parish near the United Nations): Rev. Dr. Cornell Edmonds is pastor. I was among the group who walked six miles to Pastor Taylor's Infinity Mennonite Church (IMC) on 146th Street and Adam Clayton Powell Boulevard in Harlem.

Along the way, the group stopped to pray at public housing projects and playgrounds. After worship service at his church, where he serves as senior pastor, Rev. Taylor continued his journey across the George Washington Bridge toward his next stop, Paterson New Jersey. The sermon at IMC, delivered by guest Preacher, Rev. Bill Devlin of Infinity Bible Church in the Bronx, spoke to the soul—the love of God and the value of unselfish service to others with the charge: "Go Forth!"

On Monday, August 8, Rev. Taylor walked from Paterson into the City of Newark, arriving in time for an informal reception and refreshments at Pillar College. At noon, he was welcomed on the steps of

continued on next page

**World Trade Center Health Program**

### Andrew Warren

**WTC Health Program Member ID:
911074465**

This card is not an insurance card and should not be used for any purpose outside of seeking approved WTC Health Program Benefits.