

* We've redirected you to the desktop website. Return to mobile YouTube.

# Reverend Drew

Rev. Drew is an ordained minister & wedding officiant in NYC. He founded Faith Hope Love Ministries to encourage, empower & edify believers.

 Uploads ▼    Date added (newest) ▼   Grid ▼


**Faith Hope Love Ministries - "My assignment" sermon**
9 views • 4 hours ago


**Faith Hope Love Ministries - A short summary of our 2016...**
8 views • 1 day ago


**Faith Hope Love Ministries - Sermons & bible studies in 2016**
14 views • 1 day ago

**Faith Hope Love Ministries- Matthew chapters 1-2 bible study**
13 views • 2 days ago


**Faith Hope Love Ministries - Our Assignment Bible Study**
21 views • 1 week ago


**Faith Hope Love Ministries - Brief message on your assignment**
13 views • 1 week ago


**Faith Hope Love Ministries - Birth of Christ bible study**
14 views • 3 weeks ago


**Faith Hope Love Ministries- What Jesus means to us**
27 views • 1 month ago




**Faith Hope Love Ministries - The Christmas season**


**Faith Hope Love Ministries - bible study on Gratitude**


**Faith Hope Love Ministries - Gratitude sermon**


**Faith Hope Love Ministries - the Beatitudes part 3**

  Search   Sign in


**Faith Hope Love Ministries - What Jesus has given us**
36 views • 1 month ago


**Faith Hope Love Ministries - the Beatitudes part 2**
41 views • 1 month ago


**Faith Hope Love Ministries- the Beatitudes**
35 views • 2 months ago


**Faith Hope Love Ministries - God's love**
34 views • 2 months ago


Faith Hope Love Ministries - Bible study on resilience
24 views • 2 months ago


Faith Hope Love Ministries - Being Resilient Sermon
33 views • 2 months ago


Faith Hope Love Ministries - Perseverance part 3
29 views • 2 months ago


Faith Hope Love Ministries - Perseverance part 2
36 views • 2 months ago


Faith Hope Love Ministries - Perseverance part 1
27 views • 2 months ago


Faith Hope Love Ministries - Commitment part 2
22 views • 3 months ago


Faith Hope Love Ministries - Commitment part 1
24 views • 3 months ago


Faith Hope Love Ministries - Biblical principles part 5
15 views • 3 months ago


Faith Hope Love Ministries - Biblical principles part 4
19 views • 3 months ago


Faith Hope Love Ministries - Biblical principles part 3
17 views • 3 months ago


Faith Hope Love Ministries - Biblical principles part 2
13 views • 4 months ago


Faith Hope Love Ministries - Maintaining our focus
31 views • 4 months ago


Faith Hope Love Ministries - Biblical principles part 1
14 views • 4 months ago


Faith Hope Love Ministries - Setting our affections on thing...
46 views • 4 months ago


Faith Hope Love Ministries - The power of praise
15 views • 4 months ago


Faith Hope Love Ministries - Maintaining a thirst for Jesus
15 views • 4 months ago


Faith Hope Love Ministries - The Holy Spirit
15 views • 5 months ago


Faith Hope Love Ministries - Being gentle in our Christian walk
11 views • 5 months ago


Faith Hope Love Ministries - Contentment & joy
25 views • 5 months ago


Faith Hope Love Ministries - The (Dunamis) power in us
12 views • 5 months ago


Faith Hope Love Ministries - Seeking peace
11 views • 5 months ago


Faith Hope Love Ministries - Christian Joy
25 views • 5 months ago


Faith Hope Love Ministries - Perseverance & Endurance
16 views • 6 months ago


Faith Hope Love Ministries - Encouragement
42 views • 6 months ago


Faith Hope Love Ministries - Humility
17 views • 6 months ago


Faith Hope Love Ministries - Living in victory
13 views • 6 months ago


Faith Hope Love Ministries - Maintaining bright Hope
42 views • 6 months ago


Faith Hope Love Ministries - Self worth & seeing ourselves as...
18 views • 6 months ago


**Faith Hope Love Ministries - Is my heart under new...**
17 views • 7 months ago


**Faith Hope Love Ministries - Truth & honesty**
15 views • 7 months ago


**Faith Hope Love Ministries**
10 views • 7 months ago


**Faith Hope Love Ministries**
7 views • 7 months ago


**Faith Hope Love Ministries**
6 views • 7 months ago


**Faith Hope Love Ministries**
7 views • 7 months ago


**Faith Hope Love Ministries - Importance of learning scripture**
9 views • 7 months ago


**Faith Hope Love Ministries**
7 views • 7 months ago


**Faith Hope Love Ministries - The reckless life will wreck your life**
44 views • 7 months ago


**Faith Hope Love Ministries - Love**
9 views • 7 months ago


**Faith Hope Love Ministries - Biblical Principles part 2**
7 views • 7 months ago


**Faith Hope Love Ministries - Biblical Principles part 1**
8 views • 7 months ago


**Faith Hope Love Ministries - Forgiveness**
11 views • 7 months ago


**Faith Hope Love Ministries - Biblical Principles**
29 views • 8 months ago


**Faith Hope Love Ministries - Love & Compassion**
20 views • 8 months ago


**Faith Hope Love Ministries - Abundant living in God's...**
29 views • 8 months ago


**Faith Hope Love Ministries - Bible study on compassion**
28 views • 8 months ago

 Language: English ▼   Content location: United States ▼   Restricted Mode: Off ▼    History    Help

About   Press   Copyright   Creators   Advertise   Developers   +YouTube
Terms   Privacy   Policy & Safety   Test new features   Mobile version



*only begotten Son into the world, that we might live through Him. In this is love, not that we loved God, but that He loved us and sent His Son to be the propitiation for our sins. 11 Beloved, if God so loved us, we also ought to love one another (1 John 4:7-11)."*

Contact Us



Upcoming events in Harlem

**Weekly Discipleship Class**
**"An intensive study of Christian Love" at IMC**
**(corner of 146th Street and Adam Clayton Powell Blvd)**
Thursday nights from 7:00-8:30.  Using the Gospel for personal change.

Bible Study

**Join us for "Outreach to the Community" at IMC on Jan 28, 2017 from 11:00 noon-2:00pm. We will be ministering to the neighborhood in front of the church.  The sanctuary will also be open and we will be offering prayer for those who need it.**

For more information on events in Harlem, click below http://www.harlemonestop.com/

    

## Mission Statement

We are a church without walls, an internet-based mobile ministry established to help people become the men & women of Christ, who God created them to be. Our focus is on "using the Gospel for personal change" & assisting believers in maximizing their God-given potential.

We believe that the Bible is the infallible Word of God & we preach the Gospel in spirit & truth. We believe that through faith, hope & love; we can change the world in preparation for the coming of Jesus.

God is love! One of our priorities is to help others see the world through the lens of love.

Love God, others & yourself. Our love of God is manifested through our thoughts, words and actions each day. We should challenge ourselves each day to move closer to Christ while being open-minded in a Godly manner to love God in deeper ways. As believers, we should all embrace change & stay teachable! God is the God of love, hope & change.

Our goal is to also build relationships with other churches to "...make disciples of all the nations, baptizing them in the name of the Father and of the Son and of the Holy Spirit, teaching them to observe all things that Jesus have commanded" (Matthew 28:19-20 NKJV).

We do outreach within the NYC area striving to spread the love of God to all. We are always seeking volunteers to assist us, please contact us if you are interested.

Our motto is: Are you READY?

Receptive, Eager, Available, Decided (& Disciplined) and Yearning --to know more of God each day & to be used by Him to further the Kingdom of God--

God loves you and so do we!

TO DONATE CLICK HERE



Get your copy today!

Please check out my first book! "Making Jesus, Lord of your heart! A 40 day discipleship study!"
Available on Amazon    448 pages!
Get your copy here in eBook or print version!

http://amzn.to/1Nf5Q5n

The most important concept about being a



Christian is doing everything based on love. Love is the very nature of God. We were created in God's image so love is also our nature and it starts in our heart. When we walk in love daily, we empower ourselves. Love fulfills the law and helps us to become the person who God intended us to be. When we, as believers, make Jesus the Lord of our heart, we are able to love with our whole heart, and eradicate all other negative feelings.

Once we start loving with our whole heart, without limits, we will see more abundance enter into our life. Love is powerful in ways that we cannot understand or fathom. Love is of God and we are of God according to 1 John 4:4. Love has it's own curative energies.

Broken into 40 chapters, this book will help readers reach the truth of God's word, and put it into practice each day. By starting this 40 day journey, the reader will learn how to more effectively walk in love and make Jesus the Lord of their life.

**My 2nd book is part of multi-week discipleship course entitled "Abundant living in God's economy." What is God's economy? God's economy is simply His plan to fulfill the desire of His heart. What God desires is to dispense Himself through Christ into His created people to make them His hands and feet on the earth to carry out His Divine Plan. Two points about God's economy: God dispenses Himself to us through His Son Jesus Christ. God amazing power, grace and mercy was demonstrated by the sacrifice of His**

Son. Point 1 is God's provision. The 2nd point is our stewardship of what God provides us. Redeeming the time and being good stewards of what has given us is key to living and thriving in God's economy.



Get Your copy here

**My new book!**
**is now Available on Amazon!**
**The Joy-Filled Christian**
**The Happy Habit**
**227 pages**

Jesus wants us to have joy and tells us in John 15:11, "These things I have spoken to you, that My joy may remain in you, and that your joy may be full."

This book focuses on the joy of the Lord and how any believer can make joy a daily habit. Joy is a type of "calm happiness" and most importantly, it means "to delight in God's grace. Joy and happiness is possible through Christ Jesus. I call it the "happy habit", choosing joy through purposeful living and walking in the Spirit.
You will see after reading this book how the joy of Jesus Christ will become your strength and foundation in your everyday life.



Get your copy here



## Faith Hope Love Ministries presents Christ Fit!

We will announce the next class shortly and it will be held at Macombs Dam Park next to Yankee Stadium from 10:00am-11:00pm! Classes will be on selected Saturdays throughout the summer. A 60 minute adventure of fitness, fellowship and fun set to Gospel music. A hybrid of Martial arts, cross fit training and calisthenics! (In case of rain, we will make alternative arrangements).

Each class will start in prayer followed by a spiritual concept for the week. Gospel music will be played during the session.

Each class begins with a warm up of a walking the track or light calisthenics depending on the fitness level of the class participants. The class will consist of "high intensity interval training" for those already in shape or "low intensity interval training" for beginners.

We will be training with focus mitts for boxing and kicking drills, kicking pad drills, medicine ball drills, jump rope drills, calisthenics such as jumping jacks, mountain climbing drills, bear crawls, knee lifts and some strength exercises with the medicine balls. I will be bringing all the equipment with me for each class. All you need to do is to bring yourself and wear some comfortable clothes!

This class is about "fellowship fitness"; no pressure just fellowship, fitness and fun!.

This class is open to all! Please tell your friends. Initial classes will be limited to only 20 people so please sign up now by sending us an email at reverenddrew@mail.com

1 Corinthians 6:19-20 says "Do you not know that your bodies are temples of the Holy Spirit, who is in you, whom you have received from God? You are not your own; bought at a price. Therefore honor God with your bodies."

Click here for more info



# Reverend Drew


$9.99
Paperback


$4.99
Paperback

$14.99
Paperback

+ Follow

Reverend Drew founded Faith Hope Love Ministries Harlem USA (www.faithhopelove.us) to spread the Gospel in New York City. He is an ordained minister who strives to glorify God in all that he does. He has a B.A. and a Master's Degree. He is the son of a minister. He teaches a weekly discipleship bible study class focused on Christian love and preaches the Good News of Jesus Christ in NYC. He is available for speaking engagements/sermons and Christian life-coaching sessions.

### Are You an Author?
Help us improve our Author Pages by updating your bibliography and submitting a new or current image and biography.
› Learn more at Author Central

## Books by Reverend Drew

Showing 3 Results **Books** : Advanced Search

Sort by: Featured

**All Formats**  Kindle Edition  Paperback



**The Joy-Filled Christian: The Happy Habit** Jul 23, 2016
by Reverend Drew
Paperback ★★★★★ ▼ 2
$9.99 ✓Prime
Get it by **Wednesday, Jan 11**
FREE Shipping on eligible orders



**Abundant living in God's economy: A discipleship course** May 18, 2016
by Reverend Drew
Paperback ★★★★★ ▼ 2
$4.99 ✓Prime
Get it by **Wednesday, Jan 11**
FREE Shipping on eligible orders



**Making Jesus, Lord of your heart!: A 40 day discipleship study** Jan 10, 2016
by Reverend Drew
Paperback ★★★★★ ▼ 1
$14.99 ✓Prime
Get it by **Wednesday, Jan 11**
FREE Shipping on eligible orders

Kindle Edition
$4.99
Auto-delivered wirelessly