UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : **UNDER SEAL**<br>: CRIMINAL NO. : 09-158 (ESH) |
| v. | : |
| | : VIOLATIONS: |
| ANDREW WARREN, | : |
| | : 18 U.S.C. §2244(a)(1) and §7(9) |
| Defendant. | : (Abusive Sexual Contact in the Special |
| | : Maritime and Territorial Jurisdiction of the |
| | : United States) |
| | : |
| | : 18 U.S.C. §922(g)(3) |
| | : (Possession of a Firearm by Unlawful User of |
| | : a Controlled Substance) |
| | : |
| | : 18 U.S.C. §924(d) |
| | : Forfeiture Allegation |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about February 17, 2008, in the special maritime and territorial jurisdiction of the United States, within the venue of the District of Columbia pursuant to Title 18, United States Code, Section 3238, the defendant **ANDREW WARREN** knowingly engaged, and attempted to engage, in sexual contact with another person, (to wit: the intentional direct touching of the genitalia of Person A, an adult female, with the intent to arouse and gratify the sexual desire of any person) after he rendered Person A unconscious and she was therefore incapable of appraising the nature of the conduct and was physically incapable of declining participation in, or communicating unwillingness to engage in said sexual contact.

**(Abusive Sexual Contact in the Special Maritime and Territorial Jurisdiction of the United States,** in violation of Title 18, United States Code, Sections 2244(a)(1) and 7(9).**)**

2

## COUNT TWO

On or about April 26, 2010, in the Eastern District of Virginia and elsewhere, the defendant, **ANDREW WARREN**, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, to wit: cocaine base, did knowingly possess a firearm, that is, a Glock Model 19, 9mm semi-automatic pistol, said firearm having been shipped and transported in interstate commerce.

**(Possession of a Firearm by Unlawful User of a Controlled Substance**, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).)

3

## FORFEITURE ALLEGATION

Under Rule 32.2 of the Federal Rules of Criminal Procedure, defendant **ANDREW WARREN**, if convicted of Count Two charged in this Information, shall forfeit his interest in any firearm or ammunition involved in or used in a willful violation of Title 18, United States Code, Section 922 (g)(3).

(In violation of Title 18, United States Code, Section 924(d).)

        RONALD C. MACHEN JR.
        United States Attorney
        Bar No. 447889

BY:        /s/
        JULIEANNE HIMELSTEIN
        Assistant United States Attorney
        Bar No. 417136
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4832
        Washington, DC 20530
        (202) 514-8203


        /s/
        CHRISTINE DUEY
        Trial Attorney
        United States Department of Justice
        Texas Bar No. 24010535
        Human Rights and Special Prosecutions
        950 Pennsylvania Ave, N.W.
        Washington D.C. 20530
        (202) 305-9333